## BADLANDS ENERGY, INC.
a Nevada corporation

### Resolution Concerning Chapter 11 Filing

**WHEREAS,** the undersigned is the authorized agent of Badlands Energy, Inc., a Nevada corporation (the "Company"), pursuant to authorized action of the Company's Board of Directors on August 7, 2017;

**WHEREAS**, the following matters (the "Resolutions"), have been considered and are adopted by the Company, to wit:

**RESOLVED,** that in the judgment of the Company, by and through its undersigned agent, it is desirable and in the best interest of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

**RESOLVED,** that the undersigned as agent of the Company (the "CEO"), is hereby authorized and empowered on behalf of and in the name of the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Colorado at such time as said Officer executing the same shall determine and in such form or forms as such CEO may approve;

**RESOLVED,** that the CEO is hereby authorized on behalf of and in the name of, the Company to execute any and all documents required by the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Colorado at such time as said Officer executing the same shall determine;

**RESOLVED,** that the CEO is authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, reports, plans and other papers, and to take any and all such other and further actions which the CEO or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11 and in that connection, to employ and retain all assistance by legal counsel, financial advisors, accountants, and other professionals, and to take any and perform any and all further acts and deeds which they deem necessary, proper, and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED,** that the CEO is authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to the foregoing Resolutions and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof;

**RESOLVED,** that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the CEO on behalf of the Company such actions are hereby ratified and confirmed in their entirety.

Dated: August 11, 2017.

BADLANDS ENERGY, INC:

By: _____
Richard Langdon, CEO