**Fill in this information to identify the case:**

Debtor name **Badlands Energy, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known):

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arnie Powell Trucking 2149 W 1000 N Roosevelt, UT 84066-4886 | | | | | | $166,265.66 |
| Chipeta Processing, LLC PO Box 1330 Houston, TX 77251-1330 | | | | | | $4,170,000.00 |
| Conoco Phillips Company 600 N Dairy Ashford Rd Houston, TX 77079-1100 | | | | | | $100,000.00 |
| Dorrier Equities, Ltd. 1 Riverway Ste 610 Houston, TX 77056-2044 | | | | | | $4,839,167.00 |
| Garrison Loan Agency Services, LLC 1290 Avenue of the Americas Ste 914 New York, NY 10104-0008 | | | | $33,401,224.84 | $16,649,959.01 | $16,751,265.83 |
| HEIN & ASSOCIATES LLP 1999 Broadway Ste 4000 Denver, CO 80202-5703 | | | | | | $214,657.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor | **Badlands Energy, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jesse E. Duncan 2753 W 1200 N Roosevelt, UT 84066-4981 | | | | | | $48,125.04 |
| JN Trucking Inc 4091 W 3000 S Roosevelt, UT 84066-4916 | | | | | | $184,179.76 |
| Michael K. Decker 625 Country Club Ln Castle Rock, CO 80108-3902 | | | | | | $116,884.62 |
| Monarch Natural Gas, LLC 5613 Dtc Pkwy Ste 200 Greenwood Village, CO 80111-3030 | | | | | | $1,765,500.00 |
| Multi-Chem PO Box 301341 Dallas, TX 75303-1341 | | | | | | $940,879.95 |
| Peggy A. Herald 1771 S Grant St Denver, CO 80210-3119 | | | | | | $64,878.00 |
| Questar Pipeline Company 180 E 100 S Salt Lake City, UT 84139-1502 | | | | | | $185,426.83 |
| Richard S. Langdon 8100 E Union Ave Unit 704 Denver, CO 80237-2974 | | | | | | $58,453.13 |
| STATE OF UTAH, Division of Oil & Gas 1594 W North Temple Ste 210 Salt Lake City, UT 84116-3154 | | | | | | $217,000.00 |
| STATE OF WYOMING BOARD OF LAND COMMISSIONERS, HERSCHLER B 122 W 25th St Cheyenne, WY 82001-3004 | | | | | | $75,000.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **Badlands Energy, Inc.**                                         Case number *(if known)*   _____
                    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Environmental Protection Agency 1595 Wynkoop St Denver, CO 80202-1129** | | | | | | **$45,000.00** |
| **Uintah County Recorder 147 E Main St Vernal, UT 84078-2643** | | | | | | **$268,666.35** |
| **United States Bureau of Indian Affairs 3700 E Tachevah Dr Palm Springs, CA 92262-7401** | | | | | | **$75,000.00** |
| **UTAH STATE TAX COMMISSION 210 N 1950 W Salt Lake City, UT 84134-9000** | | | | | | **$334,000.00** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com