# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| BADLANDS ENERGY, INC. | ) Case No. 17-17465 |
| EIN: 98-0204105, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

## LIST OF EQUITY SECURITY HOLDERS

Badlands Energy, Inc. (the "Debtor"), pursuant to FED. R. BANKR. P. 1007(a)(3) and L.B.R. 1007-4, for its List of Equity Security Holders states:

[ ]   There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

[X]   The following are the debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

1. Dorrier Equities, Ltd, 1 Riverway, Suite 610, Houston, TX 77056 owns 50% of the Debtor.

2. Markham, LLC, C/O McIntyre Partners, 30A Brook Street, London, WIK 5DJ, United Kingdom, owns 50% of the Debtor.

Dated: August 11, 2017.            By:  /s/ Richard Langdon
                                        President and CEO of the Debtor

Dated this 11th day of August, 2017.

**LINDQUIST & VENNUM LLP**

By: /s/Theodore J. Hartl
Theodore J. Hartl, #32409
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
Email: thartl@lindquist.com

*Proposed Counsel for the Debtor*

2