IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BADLANDS ENERGY, INC. ) | Case No. 17-17465 KHT |
| EIN: 98-0204105, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## MOTION FOR JOINT ADMINISTRATION

Badlands Energy, Inc. ("the Debtor"), through proposed counsel, respectfully requests the entry of an order authorizing the joint administration of this case with the pending Chapter 11 cases of affiliated debtors as more specifically set forth herein. In support of this request for joint administration, the Debtor respectfully states to the Court as follows:

1. On August 11, 2017 (the "Petition Date"), the Debtor filed its voluntary petition under Chapter 11 of the of title 11, U.S.C. (the "Bankruptcy Code").

2. On the Petition Date, four affiliated entities, Badlands Energy, Inc., Badlands Production Company, Badlands Energy-Utah, LCC, and Myton Oilfield Rentals, LLC filed their voluntary petitions under Chapter 11 of the Bankruptcy Code.

3. Pursuant to Fed. R. Bankr. Pro. 1015(b), the Court is authorized to jointly administer bankruptcy proceedings if the debtor entities are affiliated entities with proceedings pending in the same court. Specifically, Rule 1015(b) provides, in relevant part:

> If a joint petition or two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates.

4. The four Chapter 11 debtors are affiliates, as that term is defined under 11 U.S.C § 101(2). Debtor Badlands Energy, Inc. is the 100% member of its subsidiary debtor affiliates.

5. Joint administration would promote efficiency and economy in the administration of the four bankruptcy estates and will aid in expediting the administration of the cases while rendering the process less costly. The debtors' reorganization efforts will be intertwined due to their related assets and historical operations, and they should be combined into a single "lead case" for administration.

6. Joint administration is also appropriate under L.B.R. 1015-1. It will not create a conflict of interest for the creditors of the estates. Joint administration will neither prejudice the substantive rights of creditors or other interested parties nor cause confusion in cash management, including use of cash collateral under the Bankruptcy Code.

7. Counsel and other professionals for the jointly administered estates will endeavor to allocate fees and costs to the specific debtor, where applicable. Fee applications filed in the jointly administered cases will designate the entity to which the fees and costs are attributable, as applicable.

8. Appropriate notice will be given to claimants and other interested parties of claims filing and management among the jointly administered estates, including notifying creditors and other interested parties of the entity whether their claim is applicable to the Debtor or its debtor affiliates.

9. Finally, joint administration will avoid the possibility of inconsistent rulings if the four cases were administered independently. The Debtor requests that this case, as the "lower-numbered (first) case" under L.B.R. 1015-1(d)(1), be known as the "lead case," and that orders, pleadings, and other documents filed in this case have a caption demonstrating joint administration, as shown in the proposed order submitted herewith.

WHEREFORE, the Debtor requests the entry of an order granting this Motion for Joint Administration and for such other relief as the Court deems appropriate.

Dated this 11th day of August, 2017.

**LINDQUIST & VENNUM LLP**

By:    /s/Theodore J. Hartl
      Theodore J. Hartl, #32409
      Harold G. Morris, Jr., #8409
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
Email: thartl@lindquist.com
Email: hmorris@lindquist.com

*Proposed Counsel for Badlands Energy, Inc., Badlands Production Company, Badlands Energy-Utah, LLC, and Myton Oilfield Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2017, the foregoing **MOTION FOR JOINT ADMINISTRATION**, was served by U.S. Mail, first class postage prepaid, on the following:

Office of the United States Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, CO 80294

                                              */s/ Brandon L. Blessing*