**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>BADLANDS PRODUCTION COMPANY<br>EIN: 84-1461816,<br><br>    Debtor. | )<br>)<br>) Case No. 17-17467 KHT<br>) Chapter 11<br>)<br>)<br>) |

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULES 2002-1, 6004-1, AND 9013-1**
**OF MOTION FOR ENTRY OF AN ORDER**
**(A) APPROVING THE PURCHASE AND SALE AGREEMENT**
**BETWEEN BADLANDS PRODUCTION COMPANY AND THE SUCCESSFUL**
**AUCTION BIDDER, (B) AUTHORIZING THE SALE OF SUBSTANTIALLY**
**ALL OF ITS PROPERTY PURSUANT THERETO, FREE AND CLEAR OF**
**LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS,**
**(C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF**
**CONTRACTS, AND (D) GRANTING RELATED RELIEF**

**OBJECTION DEADLINE: SEPTEMBER 4, 2017**

Notice is hereby given that Badlands Production Company, the debtor in the above-captioned bankruptcy case (the "Debtor"), has filed its Motion for Entry of an Order (A) Approving the Purchase and Sale Agreement Between Badlands Production Company and the Successful Auction Bidder, (B) Authorizing the Sale of Substantially All of its Property Pursuant Thereto, Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief (the "Sale Motion").

Debtor and Wapiti Newco, L.L.C. (the "Stalking Horse Bidder"), have entered into a Purchase and Sale Agreement (the "Stalking Horse Purchase Agreement"), whereby the Stalking Horse Bidder proposed to purchase substantially all of the Debtor's assets for a base purchase price of $5 million and the assumption of specified liabilities and obligations of the Debtor (the "Proposed Sale"). Through the Sale Motion, Debtor seeks: (i) Court authorization and approval of the Proposed Sale on terms set forth in a successful bid; (ii) Court authorization and approval of the Proposed Sale free and clear of liens, claims, and encumbrances; (iii) Court authorization of the assumption and assignment of certain executory contracts and unexpired leases, and (iv) related relief. Proposed sales milestones include a bid deadline of 11:59 p.m. on or before September 15, 1017, an auction held on September 20, 2017 at 10:00 a.m., a sale objection deadline of 12:00 p.m. on or before September 22, 2017, and a sale hearing on September 25, 2017, at 10:00 a.m., or otherwise as the Court's calendar permits. A copy of the Sale Motion, exhibits, and proposed form of order is available upon request to the undersigned counsel.

If you desire to oppose the Motion, you must file a written objection and request for hearing with the Court on or before September 4, 2017, and serve a copy thereof on the undersigned attorney. Objections and requests for hearing shall clearly specify the grounds upon which they

are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the Motion without any further notice to creditors or interested parties.

Dated: August 14, 2017.

**LINDQUIST & VENNUM LLP**

By:    /s/Theodore J. Hartl
      Theodore J. Hartl, #32409
      Harold G. Morris, Jr., #8409
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
Email: thartl@lindquist.com
Email: hmorris@lindquist.com

*Proposed Counsel for Badlands Energy, Inc., Badlands Production Company, Badlands Energy-Utah, LLC, and Myton Oilfield Services, LLC*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 14, 2017, true and correct copies of the foregoing **NOTICE PURSUANT TO LOCAL BANKRUPTCY RULES 2002-1, 6004-1, AND 9013-1 OF MOTION FOR ENTRY OF AN ORDER (A) APPROVING THE PURCHASE AND SALE AGREEMENT BETWEEN BADLANDS PRODUCTION COMPANY AND THE SUCCESSFUL AUCTION BIDDER, (B) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF ITS PROPERTY PURSUANT THERETO, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (D) GRANTING RELATED RELIEF** were deposited in the United States mail, first class postage prepaid, to the addresses on the attached list.

                                                            */s/ Brandon Blessing*

```
Label Matrix for local noticing        12077-JRCT DALLAS, TX-CO 999120-5      ABRAXAS PETROLEUM CORPORATION
1082-1                                  P O BOX 841784                         PO BOX 677999
Case 17-17467-KHT                       DALLAS, TX  75284-1784                 DALLAS, TX  75267-7999
District of Colorado
Denver
Mon Aug 14 14:32:00 MDT 2017

ADT SECURITY SERVICE INC                (p)AIRGAS USA LLC                      AKERS & ASSOCIATES LLC
PO BOX 371878                           110 WEST 7TH STREET                    4700 S SYRACUSE STREET SUITE 810
PITTSBURGH, PA  15250-1878              SUITE 1300                             DENVER, CO 80237-3072
                                        TULSA OK 74119-1106


ALAN B. NICOL                           ALEXANDER N KLIKOFF                    ALLRED CONSULTING
468 SOUTH REED ST                       1196 HAMILTON AVE                      P.O. BOX 726
LAKEWOOD, CO  80226-3311                PAOL ALTO, CA 94301-2216               VERNAL, UT 84078-0726


ALLRED'S LANDSCAPING INC                ALLSTAR ELECTRIC INC                   ANCHORS PLUS AND SERVICES
400 S. 300 E                            PO BOX 992                             2691 WEST 1000 SOUTH
ROOSEVELT, UT 84066-3317                HEBER CITY, UT 84032-0992              VERNAL, UT 84078-8906


ANDERMAN OILS UTAH, INC                 ANN T. HEALY                           ARAMARK UNIFORM SERVICES
PO BOX 18329                            2226 HUBBARD AVE                       AUS WEST LOCKBOX
DENVER, CO 80218-0329                   SALT LAKE CITY, UT 84108-1412          PO BOX 101179
                                                                               PASADENA, CA  91189-1179


ARNIE POWELL TRUCKING                   AT&T WIRELESS SERVICES                 AUTOMATION & ELECTRONICS
2149 W 1000 N                           PO BOX 6463                            610 PLATTE ROAD
ROOSEVELT, UT 84066-4886                CAROL STREAM, IL  60197-6463           CASPER, WY 82601-9227


AUTOMATION SOLUTIONS INC                AUTOSOL                                Aaron M. Lamb
PO BOX 890651                           16055 SPACE CENTER BLVD                2873 W 1500 N
HOUSTON, TX 77289-0651                  HOUSTON, TX 77062-6251                 Vernal, UT 84078-9771


B2 PEST CONTROL                         BANKDIRECT CAPITAL FINANCE, LLC        BASIN I E INC
P.O. BOX 1307                           PO BOX 660448                          PO BOX 120
ROOSEVELT, UT 84066-1307                DALLAS, TX  75266-0448                 VERNAL, UT 84078-0120


BAYSHORE MINERALS LLC                   BC SERVICES                            BEATTY & WOZNIAK PC
2305 W BERRY AVENUE                     1771 NORTH 3000 WEST                   216 16TH STREET
LITTLETON, CO 80120-1177                VERNAL, UT 84078-9416                  DENVER, CO  80202-5115


BETELGEUSE TRUST                        BILL BARRETT CORPORATION               BIRRELL BOTTLING
PO BOX 1937                             1099 18TH STREET, SUITE 2300           PO BOX 1697
FREDERICKSBURG, TX 78624-1909           DENVER, CO 80202-1939                  VERNAL, UT 84078-5697
```

BLM (Gate Canyon II)
440 W 200 S # 500
Salt Lake City, UT 84101-1434

BLUE STAKES OF UTAH 811
148 E 13200 S
DRAPER, UT 84020-8954

BRENNTAG PACIFIC INC
FILE #2674
LOS ANGELES, CA  90074-2674


BRETT G. TAYLOR ROYALTY TRUST
PO BOX 9
ALEDO, TX  76008-0009

Badlands Energy, Inc.
7979 E. Tufts Avenue, Suite 1150
Denver, Colorado 80237-2886

Badlands Production Company
7979 E Tufts Ave
Ste 1150
Denver, CO 80237-2886


Bruce Campbell
PARKMAN WHALING LLC
600 Travis, Suite 600
Houston, Texas 77002-3027

Bureau of Land Management (Sheep Wash)
440 W 200 S # 500
Salt Lake City, UT 84101-1434

C & J HILL LTD PTSHP, RLLLP
22757 MEADOW VIEW ROAD
MORRISON, CO 80465-2641


C&J ENERGY SERVICES
C&J WELL SERVICE
P.O. BOX 975682
DALLAS, TX  75397-5682

CALIBRATION TECHNICIANS & SUPPLY
P.O. BOX 138
EVANSTON, WY 82931-0138

CALIFORNIA RESOURCES PRODUCTION CORP
P.O. BOX 59710
JOINT INTEREST DEPARTMENT
LOS ANGELES, CA  90074-9710


CAMILLE GERARD
P.O. BOX 2775
DENVER, CO 80201-2775

CARDWELL DISTRIBUTNG INC
PO BOX 27954
SALT LAKE CITY, UT  84127-0954

CAROLYN JARREL SAWYER
28225 HICKORY COURT
MAGNOLIA, TX 77355-5532


CHARLES ROBERT BOARDMAN
MARY BOARDMAN REV TRUST 1/1/07
317 SHADOWMOSS PARKWAY
CHARLESTON, SC 29414-6894

CHARLIE R WARE
1100 E COLLEGE AVE
LOT 7
SHERIDAN, WY 82801-4982

CHATFIELD COMPANY
ZICK BUSINESS ADVISORS INC
16 INVERNESS PLACE EAST BLDG C
ENGLEWOOD, CO 80112-5628


CHIPETA PROCESSING
PO BOX 1330
HOUSTON, TX  77251-1330

CHISHOLM MINERALS
PO BOX 17418
FORT WORTH, TX 76102-0418

COCHRANE RESOURCES
P.O. BOX 1656
ROOSEVELT, UT 84066-1656


CONOCO PHILLIPS
ATTN: ACCOUNTING
315 S JOHNSTONE AVE
BARTLESVILLE, OK 74003-6617

CONOCOPHILLIPS COMPANY
22295 NETWORK PLACE
CHICAGO, IL  60673-1222

COP ON BEHALF-BURL. RES. O&G CO LP
21873 NETWORK PL
JOINT INTEREST BILLING
CHICAGO, IL  60673-1218


COYOTE TANKS INC
PO BOX 939
VERNAL, UT 84078-0939

CRESCENT POINT
555 17TH STREET SUITE 1800
DENVER, CO 80202-3905

CROSS TIMBERS ENERGY LLC
PO BOX 1606
AUSTIN, TX  78767-1606


CROWN MEDIA SERVICES, LLC
PO BOX 510101
LIVONIA, MI 48151-6101

CROZIER OILFIELD SERVICES, INC
HC 67 BOX 176
WHITEROCKS, UT 84085-9704

CYNTHIA HENDEL
21916 SHEPPARD DRIVE
EAGLE RIVER, AK 99577-9570

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-3000

Conoco Phillips
21873 Network Pl
Chicago, IL 60673-1218

D & D HILL LTD PTNSHP, RLLLP
10641 ASHFIELD STREET
HIGHLANDS RANCH, CO 80126-8073

D & M OILFIELD SERVICE INC
PO BOX 1016
ROOSEVELT, UT 84066-1016

DANILLE WOODLAND
2386 W MORTENSEN LANE
ROOSEVELT, UT 84066-4986

DANS TIRE SERVICE INC
PO BOX 188
ROOSEVELT, UT 84066-0188

DAWNE F BLACK
3500 S. HILLSIDE LANE
SALT LAKE CITY, UT 84109-4009

DEAN PETROLEUM INC
305 LEYDEN STREET
DENVER, CO 80220-5994

DELHI TRADING LLC
PO BOX 157
FLORA VISTA, NM 87415-0157

DELSCO NORTHWEST INC
DEPT. 418
P.O. BOX 30015
SALT LAKE CITY, UT 84130-0015

DERAL R NELSON
P O BOX 130
GUTHRIE, OK 73044-0130

DISH NETWORK
P.O. BOX 94063
PALATINE, IL 60094-4063

(c)DJ OILFIELD SERVICES LLC
6600 N 6224 W
ROOSEVELT UT 84066-1397

DNOW LP
PO BOX 200822
DALLAS, TX 75320-0822

DOI/BLM
VERNAL FIELD OFFICE: REALTY
170 SOUTH 500 EAST
VERNAL, UT 84078-2727

DONNA P JOSEY
2001 KIRBY DRIVE SUITE 1002
HOUSTON, TX 77019-6033

DORIS NELSON
520 JONES ROAD
GUTHRIE, OK 73044-5524

DOROTHY HENDEL CLOUGH
521 BLACK BEAR LOOP NE
ALBUQUERQUE, NM 87122-1801

DOUGLAS E. MACMILLAN
1045 HAVENHURST DR.
LA JOLLA, CA 92037-6804

DUCHESNE COUNTY
P.O. BOX 989
DUCHESNE, UT 84021-0989

DUCHESNE COUNTY CLERK
734 N. CENTER
DUCHESNE, UT 84021

Diamond McCarthy LLP
Attn: Kyung S. Lee and Charles M. Rubio
909 Fannin Street, 37th Floor
Houston, TX 77010-1026

Dolar Energy, LLC & Cochrane Resources
2220 W Highway 40
Roosevelt, UT 84066-7013

Donald P. Haslem
141 S 500 W
Roosevelt, UT 84066-2735

Dorrier Equities, Ltd.
1 Riverway Ste 610
Houston, TX 77056-2044

Dustin R. Perry
600 N 700 E
ROOSEVELT, UT 84066

EL NORTE RESOURCES INC
1408 ROSELAND BLVD
TYLER, TX 75701-3121

EMMA LOU SANDERS
MARITAL INCOME TRUST
PO BOX 746034
ARVADA, CO 80006-6034

END 2 END TECHNOLOGIES
60 WEST SYCAMORE ST
ST PAUL, MN 55117-5448

ENVIRONMENTAL ENERGY INNOVATIONS LLC
P.O. BOX 1217
ANKENY, IA 50021-0975

| | | |
|---|---|---|
| EOG A RESOURCES, INC.<br>105 SO. FOURTH ST.<br>ARTESIA, NM 88210-2177 | EnWest<br>2501 Wall Ave<br>Ogden, UT 84401-1359 | Environmental Protection Agency<br>Office of General Counsel 2310A<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460-0001 |
| Environmental Protection Agency<br>Region 8<br>1595 Wynkoop St.<br>Denver, CO 80202-1129 | FAILS FAMILY TRUST<br>965 S MONROE STREET<br>DENVER, CO 80209-4939 | FIRST CALL PROPANE INC<br>PO BOX 825<br>ROOSEVELT, UT 84066-0825 |
| FIRST GRIFFIN GROUP LLC<br>2059 N ORLEANS<br>CHICAGO, IL 60614-4714 | FOREE OIL COMPANY<br>PO BOX 838<br>TERRELL, TX 75160-0016 | G.W. MCDONALD<br>1408 ROSELAND BLVD.<br>TYLER, TX 75701-3121 |
| GARY L KORNEGAY<br>PO BOX 841286<br>HOUSTON, TX 77284-1286 | GEORGE E. SHIPP<br>1140 US HWY 287, #400-310<br>BROOMFIELD, CO 80020-7080 | GILMAN A HILL TRUST UTA 9/7/87<br>Trustees David A Hill & Craig S Hill<br>10641 Ashfield Street<br>Highlands Ranch, CO 80126-8073 |
| GORDON N BLAIR<br>2997 LINCOLN CIRCLE<br>SALT LAKE CITY, UT 84106-2122 | GUNDI B HAYS<br>2139 CUMBERLAND DRIVE<br>SALT LAKE CITY, UT 84124-1734 | Garrison Loan Agency Services, LLC<br>1290 Avenue of the Americas<br>Suite 914<br>New York, NY 10104-0008 |
| Garrison Loan Agency Services, LLC<br>c/o Holland & Knight<br>Attn: Brent McIlwain<br>200 Crescent Court, Suite 1600<br>Dallas, TX 75201-1829 | HAMMER OILFIELD SERVICE<br>P.O. BOX 146<br>NEOLA, UT 84053-0146 | HAT CREEK ENERGY LLC<br>3575 CHERRY CREEK DRIVE NORTH<br>DENVER, CO 80209-3601 |
| HAYES SPOUSAL 2007 REVOCABLE T<br>PO BOX 410<br>STRATON MOUNTAIN, VT 05155-0410 | HIGGINS TECHNOLOGY<br>SERVICES, INC<br>P.O. BOX 145<br>VERNAL, UT 84078-0145 | HOWARD O. SHARPE TRUST<br>9357 S. PRAIRIE VIEW DRIVE<br>HIGHLANDS RANCH, CO 80126-4014 |
| Theodore J. Hartl<br>600 17th St.<br>Suite 1800 South<br>Denver, CO 80202-5402 | III EXPLORATION II LP<br>960 BROADWAY AVENUE SUITE #500<br>BOISE, ID 83706-6279 | INTEGRATED PRODUCTION SERVICES<br>PO BOX 201934<br>DALLAS, TX 75320-1934 |
| INTERMOUNTAIN TOXICOLOGY COLLECTIONS INC<br>P.O. BOX 544<br>VERNAL, UT 84078-0544 | IOWA TANKLINES INC<br>PO BOX 1217<br>ANKENY, IA 50021-0975 | IRON OX FIELD SERVICE<br>11691 UINTA CANYON HWY<br>ROOSEVELT, UT 84066-3603 |
| IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA 19101 -7346 | J & A SERVICE LLC<br>3166 PIPE COURT<br>GRAND JUNCTION, CO 81504-6237 |

| | | |
|---|---|---|
| J L OBOURN JR & CO<br>2713 WEST LONG DRIVE #A<br>LITTLETON, CO 80120-4337 | J M BLAIR INC<br>837 GOOD HOPE DRIVE<br>CASTLE ROCK, CO 80108-9075 | J&D WIRELINE<br>PO BOX 790176<br>VERNAL, UT 84079-0176 |
| J&J OIL OPERATIONS, INC<br>PO BOX 1356<br>CEDAR CITY, UT 84721-1356 | J. ROBERT OUTERBRIDGE<br>4011 Norseman Loop Unit 2<br>Southport, NC 28461-8273 | J.C. PACE LTD<br>420 THROCKMORTON, SUITE 710<br>FORT WORTH, TX  76102-3724 |
| JACEE FITZGERALD<br>3270 S. 7000 W<br>Roosevelt, UT 84066-4707 | JADE ROSE LLC<br>425 VILLAGE DR<br>RIVERTON, WY 82501-5446 | JAMES E REPASKY<br>1626 MEADOW LANE<br>LONGVIEW, TX 75603-4020 |
| JAMES P ROONEY, JR<br>14 HOBART STREET<br>BRONXVILLE, NY 10708-1805 | JANET K DOLAR REVOCABLE TRUST<br>1333 COLLEGE PARKWAY #172<br>GULF BREEZE, FL 32563-2711 | JENNIFER SCARPULLA<br>6909 EGYPTIAN DRIVE<br>FORT COLLINS, CO 80525-7081 |
| JENNIFER WILLIAMS TRUST, 83002<br>6909 EGYPTIAN DRIVE<br>FORT COLLINS, CO 80525-7081 | JEREMY DAVENPORT<br>P.O. BOX 125<br>NEOLA, UT 84053-0125 | JESSE DUNCAN<br>2753 W. 1200 N.<br>Roosevelt, UT 84066-4981 |
| JESSEN WELDING, INC<br>PO BOX 377<br>ALTAMONT, UT 84001-0377 | JESSICA BERG<br>7991 S. CEDAR<br>LITTLETON, CO 80120-8050 | JN TRUCKING, INC.<br>4091 W 3000 S<br>ROOSEVELT, UT 84066-4916 |
| JOAN B HENDEL<br>23905 CALLE ALONSO<br>MISSION VIEJO, CA  92692-2110 | JOHN PEYTON<br>14654 JOPLIN ROAD<br>MANASSAS, VA 20112-3923 | JOHN WARE<br>13 3 BAR RD<br>RECLUSE, WY  82725-9717 |
| JOHNSON WATER DISTRICT<br>3748 W HIGHWAY 87<br>ROOSEVELT, UT 84066-8702 | JONATHAN S. DEAN<br>305 LEYDEN ST<br>DENVER, CO 80220-5994 | JR BIRD REAL ESTATE INC<br>dba PARAGON OILFIELD PRODUCTS<br>PO BOX 325<br>ROOSEVELT, UT 84066-0325 |
| JR GLENNON, INC.<br>PO BOX 1605<br>RED LODGE, MT  59068-1605 | Jason L. Gross<br>5751 S 9500 E PO BOX 44<br>JENSEN, UT 84035-0044 | K & K SANITATION INC.<br>PO BOX 746<br>ROOSEVELT, UT 84066-0746 |
| KAREN MCKNIGHT SIRSTINS<br>4445 E RANCHO DEL ORO<br>CAVE CREEK, AZ 85331-3897 | KARL LAMB, TRUSTEE<br>TTEE OF FLOYD E. LAMB TRUST<br>PO BOX 332<br>MYTON, UT 84052-0332 | KENELL JAMES TOURYAN TRUST<br>DTD 4-28-93<br>PO BOX 713<br>INDIAN HILLS, CO 80454-0713 |

| | | |
|---|---|---|
| KENT J HARRELL REVOCABLE TRUST<br>9521 RIVERSIDE PKWY<br>SUITE 545B<br>TULSA, OK 74137-7418 | KIMBELL ROYALTY HOLDINGS, LLC<br>777 TAYLOR STREET, SUITE 810<br>FORT WORTH, TX 76102-4936 | KIMBERLY HILL CAMPBELL<br>1905 SUNRAY CT<br>WEST LINN, OR 97068-4803 |
| KLEINFELDER<br>P.O. BOX 51958<br>LOS ANGELES, CA 90051-6258 | KNITRO, LLC<br>P.O. BOX 364<br>ROOSEVELT, UT 84066-0364 | KOHL'S INC.<br>42 EAST MAIN<br>P.O. BOX 973<br>DUCHESNE, UT 84021-0973 |
| L & L MOTOR COMPANY<br>193 EAST 200 NORTH<br>ROOSEVELT, UT 84066-2342 | LABRUM PUMP REPAIR LLC<br>DEPARTMENT 440<br>P.O. BOX 30078<br>SALT LAKE CITY, UT 84130-0078 | LARRY KENT LABRUM<br>1800 SOUTH 3350 EAST<br>HEBER CITY, UT 84032 |
| LAURA LACY<br>10320 E 7TH AVENUE<br>AURORA, CO 80010-3927 | LAVERNE D HUNTER<br>1015 S GRANT<br>PO BOX 251<br>RED LODGE, MT 59068-0251 | LAVON S HILL TRUST<br>10641 Ashfield Street<br>Highlands Ranch, CO 80126-8073 |
| LOCATOR'S OIL & GAS, INC<br>PO BOX 130<br>GUTHRIE, OK 73044-0130 | LOGAN T MACMILLAN & RANDA G MA<br>5733 W HOOVER AVENUE<br>LITTLETON, CO 80123-6884 | LORI H SCHAFER<br>12 SAN SEBASTIAN DR<br>RANCHO MIRAGE, CA 92270-4866 |
| LT ENVIRONMENTAL INC<br>4600 WEST 60TH AVENUE<br>ARVADA, CO 80003-6911 | LVL, INC.<br>PO BOX 1926<br>ROOSEVELT, UT 84066-1926 | LYNN WAYNE LABRUM<br>PO Box 1925<br>ROOSEVELT, UT 84066-1925 |
| M-I, LLC<br>PO BOX 732135<br>DALLAS, TX 75373-2135 | MAP99A-NET<br>PO BOX 268947<br>OKLAHOMA CITY, OK 73126-8947 | MARC A BRUNER<br>Resource Venture Management<br>BLAUENWEG 29<br>4116<br>METZERLEN, SWITZERLAND |
| MARK A. ERICKSON<br>P O BOX 7717<br>HELENA, MT 59604-7717 | MARK S DOLAR REVOCABLE TRUST<br>1333 COLLEGE PARKWAY #172<br>GULF BREEZE, FL 32563-2711 | MARTA-CO SUPPLY INC.<br>PO BOX 1736<br>ROOSEVELT, UT 84066-1736 |
| MARTHA DICKES<br>1450 POYDRAS ST<br>NEW ORLEANS, LA 70112-1227 | MATRIX UTAH PRODUCTION COMPANY<br>5725 COMMONWEALTH BLVD<br>SUGAR LAND, TX 77479-3999 | MBG LLC<br>4415 ELECTRIC ROAD SW<br>ROANOKE, VA 24018-0723 |
| MBGV PARTITION LLC<br>4415 ELECTRIC ROAD SW<br>ROANOKE, VA 24018-0723 | MERKLEY OILFIELD SERVICE INC.<br>3462 W 1600N<br>VERNAL, UT 84078-9420 | MHA PETROLEUM CONSULTANTS, INC<br>730 17TH STREET STE 410<br>DENVER, CO 80202-3510 |

| | | |
|---|---|---|
| MICHAEL DECKER<br>625 COUNTRY CLUB LANE<br>CASTLE ROCK, CO 80108-3902 | MIKE GLENNON<br>3007 RAMADA DRIVE<br>BILLINGS, MT 59102-0734 | MILES WELL SERVICE INC<br>PO BOX 1751<br>VERNAL, UT 84078-5751 |
| MIOCENE ENGINEERING SERVICE<br>P.O. BOX 21508<br>BAKERSFIELD, CA 93390-1508 | MOBILE MINI INC<br>PO BOX 7144<br>PASADENA, CA 91109-7144 | MONARCH NATURAL GAS LLC<br>5613 DTC PARKWAY STE 310<br>GREENWOOD VILLAGE, CO 80111-3031 |
| MOON LAKE ELECTRIC ASSOCIATION<br>PO BOX 337<br>ROOSEVELT, UT 84066-0337 | MOUNTAIN STATES FUELS INC<br>6615 S CROCKER WAY<br>LITTLETON, CO 80120-3658 | (p)MOUNTAIN WEST PROPANE INC<br>7140 N 3000 W<br>ROOSEVELT UT 84066-4722 |
| MOUNTAIN WEST SERIES OF<br>LOCKTON COMPANIES LLC<br>DEPT 999226<br>P.O. BOX 173850<br>DENVER, CO 80217-3850 | MRC GLOBAL (US) INC.<br>P.O. BOX 204392<br>Dallas, TX 75320-4392 | MULTI-CHEM<br>PO BOX 301341<br>DALLAS, TX 75303-1341 |
| Mitchell E. Ayer<br>Thompson & Knight LLP<br>811 Main Street, Suite 2500<br>Houston, TX 77002-6119 | Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Myton Oilfield Rentals, LLC<br>7979 E. Tufts Avenue, Suite 1150<br>Denver, Colorado 80237-2886 |
| NETHERLAND, SEWELL & ASSOCIATES INC<br>WORLDWIDE PETROLEUM CONSULTANTS<br>2100 ROSS AVENUE SUITE 2200<br>DALLAS, TX 75201-2737 | NEWFIELD EXPLORATION COMPANY<br>JIB<br>P.O. BOX 204374<br>DALLAS, TX 75320-4374 | NEWFIELD EXPLORATION COMPANY<br>REVENUE<br>PO BOX 204370<br>DALLAS, TX 75320-4370 |
| NEWFIELD RMI LLC<br>4 WATERWAY SQUARE PLACE<br>MAIL CODE: D27701R<br>THE WOODLANDS, TX 77380-2664 | NFR Uinta Basin LLC<br>1415 Louisiana St Ste 1600<br>Houston, TX 77002-7490 | NOBLE ENERGY, INC<br>PO BOX 910083<br>DALLAS, TX 75391-0083 |
| OFFICE OF NATURAL RESOURCES REVENUE<br>PO BOX 25165<br>DENVER, CO 80225-0165 | OIL & GAS EQUIPMENT CORPORATION<br>PO BOX 459<br>FLORA VISTA, NM 87415-0459 | ONG LLC<br>61684 BROKEN TOP DRIVE<br>BEND, OR 97702-1196 |
| ONRR<br>PO BOX 25627<br>DENVER, CO 80225-0627 | OXY Y-1<br>PO BOX 841803<br>DALLAS, TX 75284-1803 | Office of the Attorney General<br>State of Colorado<br>Robert C. Troyer, Acting U.S. Attorney<br>1225 17th Street, Suite 700<br>Denver, CO 80202-5598 |
| Office of the Attorney General<br>State of Utah<br>Utah State Capitol Complex<br>350 North State Street Suite 230<br>Salt Lake City, UT 84114-4799 | Office of the United States Attorney<br>District of Utah, Salt Lake Office<br>111 South Main Street<br>Suite 1800<br>Salt Lake City, UT 84111-2174 | Office of the United States Attorney<br>District of Utah, St. George Office<br>20 North Main Street<br>Suite 208<br>St. George, UT 84770-5641 |

| | | |
|---|---|---|
| PAMELA A SEE<br>39 HIDDEN HILLS LANE<br>SHERIDAN, WY 82801-8522 | PAN HANDLE OILFIELD SERVICE CO INC<br>14000 QUAIL SPRINGS PARKWAY<br>OKLAHOMA CITY, OK 73134-2620 | PARAGON OILFIELD PRODUCTS, INC.<br>P.O. BOX 325<br>ROOSEVELT, UT 84066-0325 |
| PARV PROCESS CONSULTING & ENGINEERING<br>10877 VALLEYBROOK CIR,<br>HIGHLANDS RANCH, CO 80130-6969 | PATRICIA MCDONALD CHANDLER TRU<br>9 E BELLEVIEW DRIVE<br>GREENWOOD V, CO 80121-1246 | PAULA C. DEAN<br>305 LEYDEN ST<br>DENVER, CO 80220-5994 |
| PCS FERGUSON INC<br>PO BOX 732131<br>DALLAS, TX  75373-2131 | PEPSI-COLA BOTTLING CO<br>PO BOX 1697<br>VERNAL, UT 84078-5697 | PETRO-CANADA RESOURCES INC<br>999 18TH STREET, STE. 600<br>DENVER, CO 80202-2422 |
| PICEANCE NATURAL GAS, INC.<br>ATTN: DAVID M BURNETT<br>4401 FRONTIER<br>LITTLETON, CO 80123-1518 | POWER SERVICE, INC<br>PO BOX 2870<br>CASPER, WY 82602-2870 | PUMPERS, INC.<br>PO BOX 1015<br>ROOSEVELT, UT 84066-1015 |
| Patrick L. Hughes<br>Haynes and Boone, LLP<br>1221 McKinney Street<br>Suite 2100<br>Houston, TX 77010-2020 | Piceance Natural Gas, Inc.<br>1580 N Lincoln St Ste 970<br>Denver, CO 80203-1514 | QEP ENERGY<br>1050 17TH STREET<br>SUITE 500<br>DENVER, CO 80265-1050 |
| QEP ENERGY COMPANY<br>P.O. BOX 204033<br>DALLAS, TX  75320-4033 | QI EXCHANGE LLC<br>FORD CREDIT<br>P.O. BOX 790072<br>ST. LOUIS, MO  63179-0072 | QUESTAR PIPELINE COMPANY<br>180 EAST 100 SOUTH<br>SALT LAKE CITY, UT  84145-3060 |
| QUIN DICKSON<br>HC67 BOX 5<br>LAPOINT, UT 84039-9706 | R CHAPMAN CONSTRUCTION INC<br>244 W HIGHWAY 40 (333-4)<br>ROOSEVELT, UT 84066-3761 | RANDA MACMILLAN (INDIVIDUALLY)<br>5733 W HOOVER AVENUE<br>LITTLETON, CO 80123-6884 |
| RANDALL C THOMPSON<br>7550 POLO RIDGE DRIVE<br>LITTLETON, CO 80128-2500 | RANDY K WARE<br>2130 E BRIARLEAF AVENUE<br>COEUR D' ALENE, ID 83815-9676 | RED OAK CAPITAL MANAGEMENT LLC<br>THREE RIVERWAY<br>SUITE 1550<br>HOUSTON, TX 77056-1916 |
| REDDOG SYSTEMS INC<br>SUITE 700,521<br>3rd AVE. SW<br>CALGARY<br>ALBERTA, CANADA,   T2P3T3 | RICHARD SHANE MCKNIGHT<br>PO BOX 17169<br>SALT LAKE CITY, UT 84117-0169 | RN INDUSTRIES, INC.<br>P.O. BOX 98<br>ROOSEVELT, UT 84066-0098 |
| ROBERT A BOOHER<br>DBA ROBERT A BOOHER CONSULTING<br>3287 CONGRESSIONAL COURT<br>FAIRFIELD, CA 94534-7866 | ROBERT L BAYLESS, PRODUCER, LLC<br>621 17TH STREET, SUITE 2300<br>DENVER, CO 80293-2023 | ROBERT L PARK<br>2100 TANGLWILDE ST #131<br>HOUSTON, TX 77063-1272 |

ROBIN DEAN
305 LEYDEN ST
DENVER, CO 80220-5994

RONALD E SLOVER
3614 ROYAL ROAD
AMARILLO, TX 79109-4338

ROOSEVELT RENTALS & PARRISH RADIATOR
133 SOUTH 300 EAST
ROOSEVELT, UT 84066-3100

ROSS OIL COMPANY
100 E FERGUSON ST STE 1012
TYLER, TX 75702-5706

RUN TICKET CLEARINGHOUSE
EXCHANGE LLC
2501 WALL AVE
OGDEN, UT 84401-1359

Russell D. Lamb
HC 67 Box 260
Whiterocks, UT 84085-9705

SAFE HARBOR TRUST FOR ALBERTA
PATRICIA MUHLERT, TRUSTEE
8124 KITAMAT WAY
BLAINE, WA 98230-9555

SANDRA G. MCKNIGHT, TRUSTEE
7-3-91 (AMEND 7/4/99)
PO BOX 779
MESQUITE, NV 89024-0779

SCHLUMBERGER TECHNOLOGY CORP.
1200 ENCLAVE PARKWAY, STE 100
HOUSTON, TX 77077-1733

SCOTT DUNCAN
P.O. BOX 357
Altamont, UT 84001-0357

SHRED-IT USA
PO BOX 101007
PASADENA, CA 91189-1007

SIGNS & LINES
North Crescent Corp.
PO BOX 1429
ROOSEVELT, UT 84066-1429

SOUTHFORK FIELD SERVICES, LLC
PO BOX 23
ROOSEVELT, UT 84066-0023

SPECTRA IT SOLUTIONS
P.O. BOX 400
ROOSEVELT, UT 84066-0400

STANDARD SILVER CORPORATION
1408 ROSELAND BLVD.
TYLER, TX 75701-3121

STATE OF UTAH
SCHOOL & INST TRUST LANDS ADM
675 EAST 500 SOUTH, SUITE 500
SALT LAKE CITY, UT 84102-2813

STATE OF UTAH - SITLA
675 EAST 500 SOUTH STE 500
SALT LAKE CITY, UT 84102-2813

STATE OF UTAH, Division of Oil & Gas
1594 W North Temple Ste 210
Salt Lake City, UT 84116-3154

STEPHEN G. BALES
17 HART LANE
SEWELL, NJ 08080-9734

STERLING COMMERCIAL CREDIT
PO BOX 204755
DALLAS, TX 75320-4755

STONE ENERGY CORPORATION
P O BOX 52807
LAFAYETTE, LA 70505-2807

STRATA NETWORKS
PO BOX 400
ROOSEVELT, UT 84066-0400

STUBBS & STUBBS OILFIELD CONSTR., INC.
5127 South 5400 East
P.O. Box 32
Vernal, UT 84078-0032

SUNBELT RENTALS LLC
PO BOX 409211
ATLANTA, GA 30384-9211

SUPER CLEAN CAR WASH INC
91 N MAIN
ROOSEVELT, UT 84066-3025

SUPERIOR ENERGY SERVICES, LLC
DEPT. 2203
P.O. BOX 122203
DALLAS, TX 75312-2203

SWCA, INC.
PO BOX 92170
ELK GROVE, IL 60009-2170

Schlumberger et al.
811 Dallas St
Houston, TX 77002-5900

Securities and Exchange Commission
Central Regional Office
1961 Stout St.
Ste. 1700
Denver CO 80294-1700

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

| | | |
|---|---|---|
| T THACKERS INC<br>NAPA AUTO PARTS<br>157 NORTH 300 EAST 123-11)<br>ROOSEVELT, UT 84066-3031 | TAMARAC ROYALTY COMPANY LLC<br>8 TAMARAC LANE<br>ENGLEWOOD, CO 80113-4920 | TECHNAGLASS<br>870 W 100 S<br>VERNAL, UT 84078-2423 |
| TERMIK LLC<br>6130 BORDLEY<br>HOUSTON, TX 77057-1124 | THACKERS REPAIR INC<br>HC 65 BOX 108<br>BLUEBELL, UT 84007-9707 | THE BURNETT FOUNDATION<br>801 CHERRY ST<br>UNIT 16, SUITE 1585<br>FORT WORTH, TX  76102-6881 |
| THE GOSE FAMILY TRUSTS<br>C/O HAROLD D ROGERS, TRUSTEE<br>900 EIGHTH STREET, #725<br>WICHITA FALLS, TX 76301-6808 | THE INK SPOT INC<br>240 NORTH UNION 111-1<br>ROOSEVELT, UT 84066-2572 | THE JOY PARTNERS, LTD<br>PO BOX 576<br>ARDMORE, OK 73402-0576 |
| THE PERFORATORS LLC<br>PO BOX 335<br>ROOSEVELT, UT 84066-0335 | THE ROACH FOUNDATION, INC<br>FORT WORTH CLUB TOWER<br>PENTHOUSE 11-J 777 TAYLOR ST<br>FORT WORTH, TX 76102-4922 | THE ROGER HIVELY MANAGEMENT TR<br>C/O ROGER HIVELY, TRUSTEE<br>31678 CONIFER MOUNTAIN DRIVE<br>CONIFER, CO 80433-8812 |
| THE WELLS REVOCABLE TRUST<br>JOHN M & VALERIE WELLS TRUSTEE<br>PO BOX 2726<br>EVERGREEN, CO 80437-2726 | TIMBERLANE PUMPS LLC<br>PO BOX 1142<br>VERNAL, UT  84078-1142 | TR ENTERPRISES LLC<br>dba BESST FIRE AND SAFETY<br>PO BOX 1501<br>ROOSEVELT, UT 84066-1501 |
| TRANSMOUNTAIN PRODUCTION CO<br>3272 WESTHEIMER<br>SUITE 18<br>HOUSTON, TX 77098-1008 | TRUST LANDS ADMINISTRATION<br>675 E. 500 S. #500<br>SALT LAKE CITY, UT 84102-2813 | U. S. BLM - National Operations Center<br>Howard Cantor, Center Director<br>Denver Federal Center, Bldg. 50<br>P.O. Box 25047<br>Denver, CO  80225-0047 |
| UINTAH COUNTY RECORDER<br>147 EAST MAIN<br>VERNAL, UT 84078-2643 | ULTA RESOURCES INC<br>ATTN: ACCOUNTING<br>LOCKBOX 116 INVERNESS DRIVE EAST, #400<br>ENGLEWOOD, CO 80151-0116 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| UTAH STATE TAX COMMISSION<br>UTAH SALES USE TAX<br>210 NORTH 1950 WEST<br>SALT LAKE CITY, UT  84134-2000 | Uintah County<br>152 E 100 N<br>Vernal, UT 84078-2110 | United States Bureau of Land Management<br>Michael D. Nedd, Acting Director<br>1849 C Street NW, Rm. 5665<br>Washington DC 20240-0001 |
| United States Bureau of Land Management<br>Utah State Office<br>Ed Roberson, State Director<br>440 West 200 South, Ste. 500<br>Salt Lake City, UT 84101-1434 | Utah Department of Environmental Quality<br>Alan Matheson, Executive Director<br>195 North 1950 West, 4th Floor<br>P.O. Box 144810<br>Salt Lake City, UT  84114-4810 | VAL EDWARD LABRUM<br>1235 CLUBHOUSE DR.<br>ROOSEVELT, UT 84066-2224 |
| VENOCO INC<br>370 17TH STREET SUITE 2950<br>DENVER, CO 80202-5612 | VERN JONES<br>PO BOX 753<br>SALT LAKE CITY, UT  84110-0753 | VINTAGE PRODUCTION CALIFORNIA<br>P.O. BOX 59710<br>JOINT INTEREST DEPARTMENT<br>LOS ANGELES, CA  90074-9710 |

| | | |
|---|---|---|
| WANDA L. LEMKE<br>PO BOX 235<br>RUSTON, LA 71273-0235 | WAPITI OIL & GAS II LLC<br>800 GESSNER SUITE 700<br>HOUSTON, TX 77024-4284 | WEBB'S SELECT-A-SERVICE INC<br>PO BOX 425<br>ALTAMONT, UT 84001-0425 |
| WELL MASTER CORPORATION<br>400 CORPORATE CIRCLE<br>GOLDEN, CO 80401-5625 | WEST COAST LAND SERVICE<br>1230 CHESTER AVENUE<br>BAKERSFIELD, CA 93301-5432 | WESTERN CHEMICAL<br>P.O. BOX 1575<br>EVANSTON, WY 82931-1575 |
| WESTERN OIL COMPANY<br>911 KIMBARK STREET<br>LONGMONT, CO 80501-4510 | WESTERN WATER SOLUTIONS LLC<br>2230 N UNIVERSITY PKWY STE 2F<br>PROVO, UT 84604-1514 | WEX BANK<br>PO BOX 6293<br>CAROL STREAM, IL 60197-6293 |
| WILD MOUNTAIN SUPPLY LLC<br>2959 N 3000 W<br>ROOSEVELT, MT 84066-4783 | WILLIES HOT OIL SERVICE<br>156 NORTH 1500 EAST<br>ROOSEVELT, UT 84066-3525 | WILLIS JARREL, JR.<br>3101 BELMEAD<br>TYLER, TX 75701-7839 |
| WINN-MARION BARBER<br>7084 S REVERE PARKWAY<br>CENTENNIAL, CO 80112-3973 | XTO ENERGY INC<br>PO BOX 730587<br>DALLAS, TX 75373-0587 | XTO ENERGY, INC.<br>810 HOUSTON ST.<br>FORT WORTH, TX 76102-6298 |
| ZIPLOCAL<br>PO BOX 50030<br>PROVO, UT 84605-0030 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| AIRGAS USA LLC<br>PO BOX 676015<br>DALLAS, TX 75267-6015 | MOUNTAIN WEST PROPANE, INC.<br>7140 N 3000 W<br>ROOSEVELT, UT 84066 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

DJ OILFIELD SERVICES LLC
RT 1 BOX 1389
ROOSEVELT, UT 84066

End of Label Matrix
Mailable recipients    315
Bypassed recipients      0
Total                  315