**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>BADLANDS PRODUCTION COMPANY<br>EIN: 84-1461816,<br><br>Debtor. | Case No. 17-17467 KHT<br>Chapter 11 |

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULES 6004-1 AND 9013-1 OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER (A) APPROVING BID PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF ITS ASSETS, (B) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (C) SCHEDULING AN AUCTION AND SALE HEARING, (D) APPROVING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (E) GRANTING RELATED RELIEF**

**OBJECTION DEADLINE: AUGUST 28, 2017**

Notice is hereby given that Badlands Production Company, the debtor in the above-captioned bankruptcy case (the "Debtor"), has filed its Motion for Entry of an Order (A) Approving Bid Procedures and Bid Protections in Connection with the Sale of Substantially all of its Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief (the "Bid Procedures Motion").

Debtor and Wapiti Newco, L.L.C. (the "Stalking Horse Bidder"), have entered into a Purchase and Sale Agreement (the "Stalking Horse Purchase Agreement"), whereby the Stalking Horse Bidder has proposed to purchase substantially all of the Debtor's assets for a base purchase price of $5 million and the assumption of specified liabilities and obligations of the Debtor. Debtor is seeking authority to market-test the transaction contemplated by the Stalking Horse Purchase Agreement to ensure that it obtains the highest or otherwise best offer or combination of offers for its assets. Proposed sales milestones include a bid deadline of 11:59 p.m. on or before September 15, 1017, an auction held on September 20, 2017 at 10:00 a.m., a sale objection deadline of 12:00 p.m. on or before September 22, 2017, and a sale hearing on September 25, 2017, at 10:00 a.m., or otherwise as the Court's calendar permits.

Through the Bid Procedures Motion, the Debtor seeks: (i) authorization and approval of the Bid Procedures attached to the Bid Procedures Order as Exhibit 1; (ii) approval of the form and manner of notice of an auction and sale hearing; (iii) the scheduling of the auction and sale hearings; (iv) approval of procedures for the assumption and assignment of certain executory contracts and unexpired leases in connection with the sale; and (v) related relief. A copy of the

<u>Motion, proposed order thereto, and related exhibits is available upon request to the undersigned counsel</u>.

If you desire to oppose the Motion, you must file a written objection and request for hearing with the Court on or before August 28, 2017, and serve a copy thereof on the undersigned attorney. Objections and requests for hearing shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the Motion without any further notice to creditors or interested parties.

Dated: August 14, 2017.

**LINDQUIST & VENNUM LLP**

By:    /s/Theodore J. Hartl
      Theodore J. Hartl, #32409
      Harold G. Morris, Jr., #8409
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
Email: thartl@lindquist.com
Email: hmorris@lindquist.com

*Proposed Counsel for Badlands Production Company*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on August 14, 2017, true and correct copies of the foregoing **NOTICE PURSUANT TO LOCAL BANKRUPTCY RULES 6004-1 AND 9013-1 OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER (A) APPROVING BID PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF ITS ASSETS, (B) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (C) SCHEDULING AN AUCTION AND SALE HEARING, (D) APPROVING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (E) GRANTING RELATED RELIEF** were deposited in the United States mail, first class postage prepaid, to the addresses on the attached list.

                     */s/ Brandon Blessing*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 17-17467-KHT<br>District of Colorado<br>Denver<br>Mon Aug 14 14:32:00 MDT 2017 | 12077-JRCT DALLAS, TX-CO 999120-5<br>P O BOX 841784<br>DALLAS, TX  75284-1784 | ABRAXAS PETROLEUM CORPORATION<br>PO BOX 677999<br>DALLAS, TX  75267-7999 |
| ADT SECURITY SERVICE INC<br>PO BOX 371878<br>PITTSBURGH, PA  15250-1878 | (p)AIRGAS USA LLC<br>110 WEST 7TH STREET<br>SUITE 1300<br>TULSA OK 74119-1106 | AKERS & ASSOCIATES LLC<br>4700 S SYRACUSE STREET SUITE 810<br>DENVER, CO 80237-3072 |
| ALAN B. NICOL<br>468 SOUTH REED ST<br>LAKEWOOD, CO  80226-3311 | ALEXANDER N KLIKOFF<br>1196 HAMILTON AVE<br>PAOL ALTO, CA 94301-2216 | ALLRED CONSULTING<br>P.O. BOX 726<br>VERNAL, UT 84078-0726 |
| ALLRED'S LANDSCAPING INC<br>400 S. 300 E<br>ROOSEVELT, UT 84066-3317 | ALLSTAR ELECTRIC INC<br>PO BOX 992<br>HEBER CITY, UT 84032-0992 | ANCHORS PLUS AND SERVICES<br>2691 WEST 1000 SOUTH<br>VERNAL, UT 84078-8906 |
| ANDERMAN OILS UTAH, INC<br>PO BOX 18329<br>DENVER, CO 80218-0329 | ANN T. HEALY<br>2226 HUBBARD AVE<br>SALT LAKE CITY, UT 84108-1412 | ARAMARK UNIFORM SERVICES<br>AUS WEST LOCKBOX<br>PO BOX 101179<br>PASADENA, CA  91189-1179 |
| ARNIE POWELL TRUCKING<br>2149 W 1000 N<br>ROOSEVELT, UT 84066-4886 | AT&T WIRELESS SERVICES<br>PO BOX 6463<br>CAROL STREAM, IL  60197-6463 | AUTOMATION & ELECTRONICS<br>610 PLATTE ROAD<br>CASPER, WY 82601-9227 |
| AUTOMATION SOLUTIONS INC<br>PO BOX 890651<br>HOUSTON, TX 77289-0651 | AUTOSOL<br>16055 SPACE CENTER BLVD<br>HOUSTON, TX 77062-6251 | Aaron M. Lamb<br>2873 W 1500 N<br>Vernal, UT 84078-9771 |
| B2 PEST CONTROL<br>P.O. BOX 1307<br>ROOSEVELT, UT 84066-1307 | BANKDIRECT CAPITAL FINANCE, LLC<br>PO BOX 660448<br>DALLAS, TX  75266-0448 | BASIN I E INC<br>PO BOX 120<br>VERNAL, UT 84078-0120 |
| BAYSHORE MINERALS LLC<br>2305 W BERRY AVENUE<br>LITTLETON, CO 80120-1177 | BC SERVICES<br>1771 NORTH 3000 WEST<br>VERNAL, UT 84078-9416 | BEATTY & WOZNIAK PC<br>216 16TH STREET<br>DENVER, CO  80202-5115 |
| BETELGEUSE TRUST<br>PO BOX 1937<br>FREDERICKSBURG, TX 78624-1909 | BILL BARRETT CORPORATION<br>1099 18TH STREET, SUITE 2300<br>DENVER, CO 80202-1939 | BIRRELL BOTTLING<br>PO BOX 1697<br>VERNAL, UT 84078-5697 |

```
BLM (Gate Canyon II)                BLUE STAKES OF UTAH 811             BRENNTAG PACIFIC INC
440 W 200 S # 500                   148 E 13200 S                       FILE #2674
Salt Lake City, UT 84101-1434       DRAPER, UT 84020-8954               LOS ANGELES, CA  90074-2674


BRETT G. TAYLOR ROYALTY TRUST       Badlands Energy, Inc.               Badlands Production Company
PO BOX 9                            7979 E. Tufts Avenue, Suite 1150    7979 E Tufts Ave
ALEDO, TX  76008-0009               Denver, Colorado 80237-2886         Ste 1150
                                                                        Denver, CO 80237-2886


Bruce Campbell                      Bureau of Land Management (Sheep Wash)   C & J HILL LTD PTSHP, RLLLP
PARKMAN WHALING LLC                 440 W 200 S # 500                   22757 MEADOW VIEW ROAD
600 Travis, Suite 600               Salt Lake City, UT 84101-1434       MORRISON, CO 80465-2641
Houston, Texas 77002-3027


C&J ENERGY SERVICES                 CALIBRATION TECHNICIANS & SUPPLY    CALIFORNIA RESOURCES PRODUCTION CORP
C&J WELL SERVICE                    P.O. BOX 138                        P.O. BOX 59710
P.O. BOX 975682                     EVANSTON, WY 82931-0138             JOINT INTEREST DEPARTMENT
DALLAS, TX  75397-5682                                                  LOS ANGELES, CA  90074-9710


CAMILLE GERARD                      CARDWELL DISTRIBUTNG INC            CAROLYN JARREL SAWYER
P.O. BOX 2775                       PO BOX 27954                        28225 HICKORY COURT
DENVER, CO 80201-2775               SALT LAKE CITY, UT  84127-0954      MAGNOLIA, TX 77355-5532


CHARLES ROBERT BOARDMAN             CHARLIE R WARE                      CHATFIELD COMPANY
MARY BOARDMAN REV TRUST 1/1/07      1100 E COLLEGE AVE                  ZICK BUSINESS ADVISORS INC
317 SHADOWMOSS PARKWAY              LOT 7                               16 INVERNESS PLACE EAST BLDG C
CHARLESTON, SC 29414-6894           SHERIDAN, WY 82801-4982             ENGLEWOOD, CO 80112-5628


CHIPETA PROCESSING                  CHISHOLM MINERALS                   COCHRANE RESOURCES
PO BOX 1330                         PO BOX 17418                        P.O. BOX 1656
HOUSTON, TX  77251-1330             FORT WORTH, TX 76102-0418           ROOSEVELT, UT 84066-1656


CONOCO PHILLIPS                     CONOCOPHILLIPS COMPANY              COP ON BEHALF-BURL. RES. O&G CO LP
ATTN: ACCOUNTING                    22295 NETWORK PLACE                 21873 NETWORK PL
315 S JOHNSTONE AVE                 CHICAGO, IL  60673-1222             JOINT INTEREST BILLING
BARTLESVILLE, OK 74003-6617                                             CHICAGO, IL  60673-1218


COYOTE TANKS INC                    CRESCENT POINT                      CROSS TIMBERS ENERGY LLC
PO BOX 939                          555 17TH STREET SUITE 1800          PO BOX 1606
VERNAL, UT 84078-0939               DENVER, CO 80202-3905               AUSTIN, TX  78767-1606


CROWN MEDIA SERVICES, LLC           CROZIER OILFIELD SERVICES, INC      CYNTHIA HENDEL
PO BOX 510101                       HC 67 BOX 176                       21916 SHEPPARD DRIVE
LIVONIA, MI 48151-6101              WHITEROCKS, UT 84085-9704           EAGLE RIVER, AK 99577-9570
```

| | | |
|---|---|---|
| Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 | Conoco Phillips<br>21873 Network Pl<br>Chicago, IL 60673-1218 | D & D HILL LTD PTNSHP, RLLLP<br>10641 ASHFIELD STREET<br>HIGHLANDS RANCH, CO 80126-8073 |
| D & M OILFIELD SERVICE INC<br>PO BOX 1016<br>ROOSEVELT, UT 84066-1016 | DANILLE WOODLAND<br>2386 W MORTENSEN LANE<br>ROOSEVELT, UT 84066-4986 | DANS TIRE SERVICE INC<br>PO BOX 188<br>ROOSEVELT, UT 84066-0188 |
| DAWNE F BLACK<br>3500 S. HILLSIDE LANE<br>SALT LAKE CITY, UT 84109-4009 | DEAN PETROLEUM INC<br>305 LEYDEN STREET<br>DENVER, CO 80220-5994 | DELHI TRADING LLC<br>PO BOX 157<br>FLORA VISTA, NM 87415-0157 |
| DELSCO NORTHWEST INC<br>DEPT. 418<br>P.O. BOX 30015<br>SALT LAKE CITY, UT 84130-0015 | DERAL R NELSON<br>P O BOX 130<br>GUTHRIE, OK 73044-0130 | DISH NETWORK<br>P.O. BOX 94063<br>PALATINE, IL 60094-4063 |
| (c)DJ OILFIELD SERVICES LLC<br>6600 N 6224 W<br>ROOSEVELT UT 84066-1397 | DNOW LP<br>PO BOX 200822<br>DALLAS, TX 75320-0822 | DOI/BLM<br>VERNAL FIELD OFFICE: REALTY<br>170 SOUTH 500 EAST<br>VERNAL, UT 84078-2727 |
| DONNA P JOSEY<br>2001 KIRBY DRIVE SUITE 1002<br>HOUSTON, TX 77019-6033 | DORIS NELSON<br>520 JONES ROAD<br>GUTHRIE, OK 73044-5524 | DOROTHY HENDEL CLOUGH<br>521 BLACK BEAR LOOP NE<br>ALBUQUERQUE, NM 87122-1801 |
| DOUGLAS E. MACMILLAN<br>1045 HAVENHURST DR.<br>LA JOLLA, CA 92037-6804 | DUCHESNE COUNTY<br>P.O. BOX 989<br>DUCHESNE, UT 84021-0989 | DUCHESNE COUNTY CLERK<br>734 N. CENTER<br>DUCHESNE, UT 84021 |
| Diamond McCarthy LLP<br>Attn: Kyung S. Lee and Charles M. Rubio<br>909 Fannin Street, 37th Floor<br>Houston, TX 77010-1026 | Dolar Energy, LLC & Cochrane Resources<br>2220 W Highway 40<br>Roosevelt, UT 84066-7013 | Donald P. Haslem<br>141 S 500 W<br>Roosevelt, UT 84066-2735 |
| Dorrier Equities, Ltd.<br>1 Riverway Ste 610<br>Houston, TX 77056-2044 | Dustin R. Perry<br>600 N 700 E<br>ROOSEVELT, UT 84066 | EL NORTE RESOURCES INC<br>1408 ROSELAND BLVD<br>TYLER, TX 75701-3121 |
| EMMA LOU SANDERS<br>MARITAL INCOME TRUST<br>PO BOX 746034<br>ARVADA, CO 80006-6034 | END 2 END TECHNOLOGIES<br>60 WEST SYCAMORE ST<br>ST PAUL, MN 55117-5448 | ENVIRONMENTAL ENERGY INNOVATIONS LLC<br>P.O. BOX 1217<br>ANKENY, IA 50021-0975 |

| | | |
|---|---|---|
| EOG A RESOURCES, INC.<br>105 SO. FOURTH ST.<br>ARTESIA, NM 88210-2177 | EnWest<br>2501 Wall Ave<br>Ogden, UT 84401-1359 | Environmental Protection Agency<br>Office of General Counsel 2310A<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460-0001 |
| Environmental Protection Agency<br>Region 8<br>1595 Wynkoop St.<br>Denver, CO 80202-1129 | FAILS FAMILY TRUST<br>965 S MONROE STREET<br>DENVER, CO 80209-4939 | FIRST CALL PROPANE INC<br>PO BOX 825<br>ROOSEVELT, UT 84066-0825 |
| FIRST GRIFFIN GROUP LLC<br>2059 N ORLEANS<br>CHICAGO, IL 60614-4714 | FOREE OIL COMPANY<br>PO BOX 838<br>TERRELL, TX 75160-0016 | G.W. MCDONALD<br>1408 ROSELAND BLVD.<br>TYLER, TX 75701-3121 |
| GARY L KORNEGAY<br>PO BOX 841286<br>HOUSTON, TX 77284-1286 | GEORGE E. SHIPP<br>1140 US HWY 287, #400-310<br>BROOMFIELD, CO 80020-7080 | GILMAN A HILL TRUST UTA 9/7/87<br>Trustees David A Hill & Craig S Hill<br>10641 Ashfield Street<br>Highlands Ranch, CO 80126-8073 |
| GORDON N BLAIR<br>2997 LINCOLN CIRCLE<br>SALT LAKE CITY, UT 84106-2122 | GUNDI B HAYS<br>2139 CUMBERLAND DRIVE<br>SALT LAKE CITY, UT 84124-1734 | Garrison Loan Agency Services, LLC<br>1290 Avenue of the Americas<br>Suite 914<br>New York, NY 10104-0008 |
| Garrison Loan Agency Services, LLC<br>c/o Holland & Knight<br>Attn: Brent McIlwain<br>200 Crescent Court, Suite 1600<br>Dallas, TX 75201-1829 | HAMMER OILFIELD SERVICE<br>P.O. BOX 146<br>NEOLA, UT 84053-0146 | HAT CREEK ENERGY LLC<br>3575 CHERRY CREEK DRIVE NORTH<br>DENVER, CO 80209-3601 |
| HAYES SPOUSAL 2007 REVOCABLE T<br>PO BOX 410<br>STRATON MOUNTAIN, VT 05155-0410 | HIGGINS TECHNOLOGY<br>SERVICES, INC<br>P.O. BOX 145<br>VERNAL, UT 84078-0145 | HOWARD O. SHARPE TRUST<br>9357 S. PRAIRIE VIEW DRIVE<br>HIGHLANDS RANCH, CO 80126-4014 |
| Theodore J. Hartl<br>600 17th St.<br>Suite 1800 South<br>Denver, CO 80202-5402 | III EXPLORATION II LP<br>960 BROADWAY AVENUE SUITE #500<br>BOISE, ID 83706-6279 | INTEGRATED PRODUCTION SERVICES<br>PO BOX 201934<br>DALLAS, TX 75320-1934 |
| INTERMOUNTAIN TOXICOLOGY COLLECTIONS INC<br>P.O. BOX 544<br>VERNAL, UT 84078-0544 | IOWA TANKLINES INC<br>PO BOX 1217<br>ANKENY, IA 50021-0975 | IRON OX FIELD SERVICE<br>11691 UINTA CANYON HWY<br>ROOSEVELT, UT 84066-3603 |
| IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA 19101 -7346 | J & A SERVICE LLC<br>3166 PIPE COURT<br>GRAND JUNCTION, CO 81504-6237 |

| | | |
|---|---|---|
| J L OBOURN JR & CO<br>2713 WEST LONG DRIVE #A<br>LITTLETON, CO 80120-4337 | J M BLAIR INC<br>837 GOOD HOPE DRIVE<br>CASTLE ROCK, CO 80108-9075 | J&D WIRELINE<br>PO BOX 790176<br>VERNAL, UT 84079-0176 |
| J&J OIL OPERATIONS, INC<br>PO BOX 1356<br>CEDAR CITY, UT 84721-1356 | J. ROBERT OUTERBRIDGE<br>4011 Norseman Loop Unit 2<br>Southport, NC 28461-8273 | J.C. PACE LTD<br>420 THROCKMORTON, SUITE 710<br>FORT WORTH, TX 76102-3724 |
| JACEE FITZGERALD<br>3270 S. 7000 W<br>Roosevelt, UT 84066-4707 | JADE ROSE LLC<br>425 VILLAGE DR<br>RIVERTON, WY 82501-5446 | JAMES E REPASKY<br>1626 MEADOW LANE<br>LONGVIEW, TX 75603-4020 |
| JAMES P ROONEY, JR<br>14 HOBART STREET<br>BRONXVILLE, NY 10708-1805 | JANET K DOLAR REVOCABLE TRUST<br>1333 COLLEGE PARKWAY #172<br>GULF BREEZE, FL 32563-2711 | JENNIFER SCARPULLA<br>6909 EGYPTIAN DRIVE<br>FORT COLLINS, CO 80525-7081 |
| JENNIFER WILLIAMS TRUST, 83002<br>6909 EGYPTIAN DRIVE<br>FORT COLLINS, CO 80525-7081 | JEREMY DAVENPORT<br>P.O. BOX 125<br>NEOLA, UT 84053-0125 | JESSE DUNCAN<br>2753 W. 1200 N.<br>Roosevelt, UT 84066-4981 |
| JESSEN WELDING, INC<br>PO BOX 377<br>ALTAMONT, UT 84001-0377 | JESSICA BERG<br>7991 S. CEDAR<br>LITTLETON, CO 80120-8050 | JN TRUCKING, INC.<br>4091 W 3000 S<br>ROOSEVELT, UT 84066-4916 |
| JOAN B HENDEL<br>23905 CALLE ALONSO<br>MISSION VIEJO, CA 92692-2110 | JOHN PEYTON<br>14654 JOPLIN ROAD<br>MANASSAS, VA 20112-3923 | JOHN WARE<br>13 3 BAR RD<br>RECLUSE, WY 82725-9717 |
| JOHNSON WATER DISTRICT<br>3748 W HIGHWAY 87<br>ROOSEVELT, UT 84066-8702 | JONATHAN S. DEAN<br>305 LEYDEN ST<br>DENVER, CO 80220-5994 | JR BIRD REAL ESTATE INC<br>dba PARAGON OILFIELD PRODUCTS<br>PO BOX 325<br>ROOSEVELT, UT 84066-0325 |
| JR GLENNON, INC.<br>PO BOX 1605<br>RED LODGE, MT 59068-1605 | Jason L. Gross<br>5751 S 9500 E PO BOX 44<br>JENSEN, UT 84035-0044 | K & K SANITATION INC.<br>PO BOX 746<br>ROOSEVELT, UT 84066-0746 |
| KAREN MCKNIGHT SIRSTINS<br>4445 E RANCHO DEL ORO<br>CAVE CREEK, AZ 85331-3897 | KARL LAMB, TRUSTEE<br>TTEE OF FLOYD E. LAMB TRUST<br>PO BOX 332<br>MYTON, UT 84052-0332 | KENELL JAMES TOURYAN TRUST<br>DTD 4-28-93<br>PO BOX 713<br>INDIAN HILLS, CO 80454-0713 |

KENT J HARRELL REVOCABLE TRUST
9521 RIVERSIDE PKWY
SUITE 545B
TULSA, OK 74137-7418

KIMBELL ROYALTY HOLDINGS, LLC
777 TAYLOR STREET, SUITE 810
FORT WORTH, TX 76102-4936

KIMBERLY HILL CAMPBELL
1905 SUNRAY CT
WEST LINN, OR 97068-4803

KLEINFELDER
P.O. BOX 51958
LOS ANGELES, CA 90051-6258

KNITRO, LLC
P.O. BOX 364
ROOSEVELT, UT 84066-0364

KOHL'S INC.
42 EAST MAIN
P.O. BOX 973
DUCHESNE, UT 84021-0973

L & L MOTOR COMPANY
193 EAST 200 NORTH
ROOSEVELT, UT 84066-2342

LABRUM PUMP REPAIR LLC
DEPARTMENT 440
P.O. BOX 30078
SALT LAKE CITY, UT 84130-0078

LARRY KENT LABRUM
1800 SOUTH 3350 EAST
HEBER CITY, UT 84032

LAURA LACY
10320 E 7TH AVENUE
AURORA, CO 80010-3927

LAVERNE D HUNTER
1015 S GRANT
PO BOX 251
RED LODGE, MT 59068-0251

LAVON S HILL TRUST
10641 Ashfield Street
Highlands Ranch, CO 80126-8073

LOCATOR'S OIL & GAS, INC
PO BOX 130
GUTHRIE, OK 73044-0130

LOGAN T MACMILLAN & RANDA G MA
5733 W HOOVER AVENUE
LITTLETON, CO 80123-6884

LORI H SCHAFER
12 SAN SEBASTIAN DR
RANCHO MIRAGE, CA 92270-4866

LT ENVIRONMENTAL INC
4600 WEST 60TH AVENUE
ARVADA, CO 80003-6911

LVL, INC.
PO BOX 1926
ROOSEVELT, UT 84066-1926

LYNN WAYNE LABRUM
PO Box 1925
ROOSEVELT, UT 84066-1925

M-I, LLC
PO BOX 732135
DALLAS, TX 75373-2135

MAP99A-NET
PO BOX 268947
OKLAHOMA CITY, OK 73126-8947

MARC A BRUNER
Resource Venture Management
BLAUENWEG 29
4116
METZERLEN, SWITZERLAND

MARK A. ERICKSON
P O BOX 7717
HELENA, MT 59604-7717

MARK S DOLAR REVOCABLE TRUST
1333 COLLEGE PARKWAY #172
GULF BREEZE, FL 32563-2711

MARTA-CO SUPPLY INC.
PO BOX 1736
ROOSEVELT, UT 84066-1736

MARTHA DICKES
1450 POYDRAS ST
NEW ORLEANS, LA 70112-1227

MATRIX UTAH PRODUCTION COMPANY
5725 COMMONWEALTH BLVD
SUGAR LAND, TX 77479-3999

MBG LLC
4415 ELECTRIC ROAD SW
ROANOKE, VA 24018-0723

MBGV PARTITION LLC
4415 ELECTRIC ROAD SW
ROANOKE, VA 24018-0723

MERKLEY OILFIELD SERVICE INC.
3462 W 1600N
VERNAL, UT 84078-9420

MHA PETROLEUM CONSULTANTS, INC
730 17TH STREET STE 410
DENVER, CO 80202-3510

| | | |
|---|---|---|
| MICHAEL DECKER<br>625 COUNTRY CLUB LANE<br>CASTLE ROCK, CO 80108-3902 | MIKE GLENNON<br>3007 RAMADA DRIVE<br>BILLINGS, MT 59102-0734 | MILES WELL SERVICE INC<br>PO BOX 1751<br>VERNAL, UT 84078-5751 |
| MIOCENE ENGINEERING SERVICE<br>P.O. BOX 21508<br>BAKERSFIELD, CA 93390-1508 | MOBILE MINI INC<br>PO BOX 7144<br>PASADENA, CA 91109-7144 | MONARCH NATURAL GAS LLC<br>5613 DTC PARKWAY STE 310<br>GREENWOOD VILLAGE, CO 80111-3031 |
| MOON LAKE ELECTRIC ASSOCIATION<br>PO BOX 337<br>ROOSEVELT, UT 84066-0337 | MOUNTAIN STATES FUELS INC<br>6615 S CROCKER WAY<br>LITTLETON, CO 80120-3658 | (p)MOUNTAIN WEST PROPANE INC<br>7140 N 3000 W<br>ROOSEVELT UT 84066-4722 |
| MOUNTAIN WEST SERIES OF<br>LOCKTON COMPANIES LLC<br>DEPT 999226<br>P.O. BOX 173850<br>DENVER, CO 80217-3850 | MRC GLOBAL (US) INC.<br>P.O. BOX 204392<br>Dallas, TX 75320-4392 | MULTI-CHEM<br>PO BOX 301341<br>DALLAS, TX 75303-1341 |
| Mitchell E. Ayer<br>Thompson & Knight LLP<br>811 Main Street, Suite 2500<br>Houston, TX 77002-6119 | Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Myton Oilfield Rentals, LLC<br>7979 E. Tufts Avenue, Suite 1150<br>Denver, Colorado 80237-2886 |
| NETHERLAND, SEWELL & ASSOCIATES INC<br>WORLDWIDE PETROLEUM CONSULTANTS<br>2100 ROSS AVENUE SUITE 2200<br>DALLAS, TX 75201-2737 | NEWFIELD EXPLORATION COMPANY<br>JIB<br>P.O. BOX 204374<br>DALLAS, TX 75320-4374 | NEWFIELD EXPLORATION COMPANY<br>REVENUE<br>PO BOX 204370<br>DALLAS, TX 75320-4370 |
| NEWFIELD RMI LLC<br>4 WATERWAY SQUARE PLACE<br>MAIL CODE: D27701R<br>THE WOODLANDS, TX 77380-2664 | NFR Uinta Basin LLC<br>1415 Louisiana St Ste 1600<br>Houston, TX 77002-7490 | NOBLE ENERGY, INC<br>PO BOX 910083<br>DALLAS, TX 75391-0083 |
| OFFICE OF NATURAL RESOURCES REVENUE<br>PO BOX 25165<br>DENVER, CO 80225-0165 | OIL & GAS EQUIPMENT CORPORATION<br>PO BOX 459<br>FLORA VISTA, NM 87415-0459 | ONG LLC<br>61684 BROKEN TOP DRIVE<br>BEND, OR 97702-1196 |
| ONRR<br>PO BOX 25627<br>DENVER, CO 80225-0627 | OXY Y-1<br>PO BOX 841803<br>DALLAS, TX 75284-1803 | Office of the Attorney General<br>State of Colorado<br>Robert C. Troyer, Acting U.S. Attorney<br>1225 17th Street, Suite 700<br>Denver, CO 80202-5598 |
| Office of the Attorney General<br>State of Utah<br>Utah State Capitol Complex<br>350 North State Street Suite 230<br>Salt Lake City, UT 84114-4799 | Office of the United States Attorney<br>District of Utah, Salt Lake Office<br>111 South Main Street<br>Suite 1800<br>Salt Lake City, UT 84111-2174 | Office of the United States Attorney<br>District of Utah, St. George Office<br>20 North Main Street<br>Suite 208<br>St. George, UT 84770-5641 |

| | | |
|---|---|---|
| PAMELA A SEE<br>39 HIDDEN HILLS LANE<br>SHERIDAN, WY 82801-8522 | PAN HANDLE OILFIELD SERVICE CO INC<br>14000 QUAIL SPRINGS PARKWAY<br>OKLAHOMA CITY, OK 73134-2620 | PARAGON OILFIELD PRODUCTS, INC.<br>P.O. BOX 325<br>ROOSEVELT, UT 84066-0325 |
| PARV PROCESS CONSULTING & ENGINEERING<br>10877 VALLEYBROOK CIR,<br>HIGHLANDS RANCH, CO 80130-6969 | PATRICIA MCDONALD CHANDLER TRU<br>9 E BELLEVIEW DRIVE<br>GREENWOOD V, CO 80121-1246 | PAULA C. DEAN<br>305 LEYDEN ST<br>DENVER, CO 80220-5994 |
| PCS FERGUSON INC<br>PO BOX 732131<br>DALLAS, TX  75373-2131 | PEPSI-COLA BOTTLING CO<br>PO BOX 1697<br>VERNAL, UT 84078-5697 | PETRO-CANADA RESOURCES INC<br>999 18TH STREET, STE. 600<br>DENVER, CO 80202-2422 |
| PICEANCE NATURAL GAS, INC.<br>ATTN: DAVID M BURNETT<br>4401 FRONTIER<br>LITTLETON, CO 80123-1518 | POWER SERVICE, INC<br>PO BOX 2870<br>CASPER, WY 82602-2870 | PUMPERS, INC.<br>PO BOX 1015<br>ROOSEVELT, UT 84066-1015 |
| Patrick L. Hughes<br>Haynes and Boone, LLP<br>1221 McKinney Street<br>Suite 2100<br>Houston, TX 77010-2020 | Piceance Natural Gas, Inc.<br>1580 N Lincoln St Ste 970<br>Denver, CO 80203-1514 | QEP ENERGY<br>1050 17TH STREET<br>SUITE 500<br>DENVER, CO 80265-1050 |
| QEP ENERGY COMPANY<br>P.O. BOX 204033<br>DALLAS, TX  75320-4033 | QI EXCHANGE LLC<br>FORD CREDIT<br>P.O. BOX 790072<br>ST. LOUIS, MO  63179-0072 | QUESTAR PIPELINE COMPANY<br>180 EAST 100 SOUTH<br>SALT LAKE CITY, UT  84145-3060 |
| QUIN DICKSON<br>HC67 BOX 5<br>LAPOINT, UT 84039-9706 | R CHAPMAN CONSTRUCTION INC<br>244 W HIGHWAY 40 (333-4)<br>ROOSEVELT, UT 84066-3761 | RANDA MACMILLAN (INDIVIDUALLY)<br>5733 W HOOVER AVENUE<br>LITTLETON, CO 80123-6884 |
| RANDALL C THOMPSON<br>7550 POLO RIDGE DRIVE<br>LITTLETON, CO 80128-2500 | RANDY K WARE<br>2130 E BRIARLEAF AVENUE<br>COEUR D' ALENE, ID 83815-9676 | RED OAK CAPITAL MANAGEMENT LLC<br>THREE RIVERWAY<br>SUITE 1550<br>HOUSTON, TX 77056-1916 |
| REDDOG SYSTEMS INC<br>SUITE 700,521<br>3rd AVE. SW<br>CALGARY<br>ALBERTA, CANADA,   T2P3T3 | RICHARD SHANE MCKNIGHT<br>PO BOX 17169<br>SALT LAKE CITY, UT 84117-0169 | RN INDUSTRIES, INC.<br>P.O. BOX 98<br>ROOSEVELT, UT 84066-0098 |
| ROBERT A BOOHER<br>DBA ROBERT A BOOHER CONSULTING<br>3287 CONGRESSIONAL COURT<br>FAIRFIELD, CA 94534-7866 | ROBERT L BAYLESS, PRODUCER, LLC<br>621 17TH STREET, SUITE 2300<br>DENVER, CO 80293-2023 | ROBERT L PARK<br>2100 TANGLWILDE ST #131<br>HOUSTON, TX 77063-1272 |

| | | |
|---|---|---|
| ROBIN DEAN<br>305 LEYDEN ST<br>DENVER, CO 80220-5994 | RONALD E SLOVER<br>3614 ROYAL ROAD<br>AMARILLO, TX 79109-4338 | ROOSEVELT RENTALS & PARRISH RADIATOR<br>133 SOUTH 300 EAST<br>ROOSEVELT, UT 84066-3100 |
| ROSS OIL COMPANY<br>100 E FERGUSON ST STE 1012<br>TYLER, TX 75702-5706 | RUN TICKET CLEARINGHOUSE<br>EXCHANGE LLC<br>2501 WALL AVE<br>OGDEN, UT 84401-1359 | Russell D. Lamb<br>HC 67 Box 260<br>Whiterocks, UT 84085-9705 |
| SAFE HARBOR TRUST FOR ALBERTA<br>PATRICIA MUHLERT, TRUSTEE<br>8124 KITAMAT WAY<br>BLAINE, WA 98230-9555 | SANDRA G. MCKNIGHT, TRUSTEE<br>7-3-91 (AMEND 7/4/99)<br>PO BOX 779<br>MESQUITE, NV 89024-0779 | SCHLUMBERGER TECHNOLOGY CORP.<br>1200 ENCLAVE PARKWAY, STE 100<br>HOUSTON, TX 77077-1733 |
| SCOTT DUNCAN<br>P.O. BOX 357<br>Altamont, UT 84001-0357 | SHRED-IT USA<br>PO BOX 101007<br>PASADENA, CA 91189-1007 | SIGNS & LINES<br>North Crescent Corp.<br>PO BOX 1429<br>ROOSEVELT, UT 84066-1429 |
| SOUTHFORK FIELD SERVICES, LLC<br>PO BOX 23<br>ROOSEVELT, UT 84066-0023 | SPECTRA IT SOLUTIONS<br>P.O. BOX 400<br>ROOSEVELT, UT 84066-0400 | STANDARD SILVER CORPORATION<br>1408 ROSELAND BLVD.<br>TYLER, TX 75701-3121 |
| STATE OF UTAH<br>SCHOOL & INST TRUST LANDS ADM<br>675 EAST 500 SOUTH, SUITE 500<br>SALT LAKE CITY, UT 84102-2813 | STATE OF UTAH - SITLA<br>675 EAST 500 SOUTH STE 500<br>SALT LAKE CITY, UT 84102-2813 | STATE OF UTAH, Division of Oil & Gas<br>1594 W North Temple Ste 210<br>Salt Lake City, UT 84116-3154 |
| STEPHEN G. BALES<br>17 HART LANE<br>SEWELL, NJ 08080-9734 | STERLING COMMERCIAL CREDIT<br>PO BOX 204755<br>DALLAS, TX 75320-4755 | STONE ENERGY CORPORATION<br>P O BOX 52807<br>LAFAYETTE, LA 70505-2807 |
| STRATA NETWORKS<br>PO BOX 400<br>ROOSEVELT, UT 84066-0400 | STUBBS & STUBBS OILFIELD CONSTR., INC.<br>5127 South 5400 East<br>P.O. Box 32<br>Vernal, UT 84078-0032 | SUNBELT RENTALS LLC<br>PO BOX 409211<br>ATLANTA, GA 30384-9211 |
| SUPER CLEAN CAR WASH INC<br>91 N MAIN<br>ROOSEVELT, UT 84066-3025 | SUPERIOR ENERGY SERVICES, LLC<br>DEPT. 2203<br>P.O. BOX 122203<br>DALLAS, TX 75312-2203 | SWCA, INC.<br>PO BOX 92170<br>ELK GROVE, IL 60009-2170 |
| Schlumberger et al.<br>811 Dallas St<br>Houston, TX 77002-5900 | Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 |

| | | |
|---|---|---|
| T THACKERS INC<br>NAPA AUTO PARTS<br>157 NORTH 300 EAST 123-11)<br>ROOSEVELT, UT 84066-3031 | TAMARAC ROYALTY COMPANY LLC<br>8 TAMARAC LANE<br>ENGLEWOOD, CO 80113-4920 | TECHNAGLASS<br>870 W 100 S<br>VERNAL, UT 84078-2423 |
| TERMIK LLC<br>6130 BORDLEY<br>HOUSTON, TX 77057-1124 | THACKERS REPAIR INC<br>HC 65 BOX 108<br>BLUEBELL, UT 84007-9707 | THE BURNETT FOUNDATION<br>801 CHERRY ST<br>UNIT 16, SUITE 1585<br>FORT WORTH, TX 76102-6881 |
| THE GOSE FAMILY TRUSTS<br>C/O HAROLD D ROGERS, TRUSTEE<br>900 EIGHTH STREET, #725<br>WICHITA FALLS, TX 76301-6808 | THE INK SPOT INC<br>240 NORTH UNION 111-1<br>ROOSEVELT, UT 84066-2572 | THE JOY PARTNERS, LTD<br>PO BOX 576<br>ARDMORE, OK 73402-0576 |
| THE PERFORATORS LLC<br>PO BOX 335<br>ROOSEVELT, UT 84066-0335 | THE ROACH FOUNDATION, INC<br>FORT WORTH CLUB TOWER<br>PENTHOUSE 11-J 777 TAYLOR ST<br>FORT WORTH, TX 76102-4922 | THE ROGER HIVELY MANAGEMENT TR<br>C/O ROGER HIVELY, TRUSTEE<br>31678 CONIFER MOUNTAIN DRIVE<br>CONIFER, CO 80433-8812 |
| THE WELLS REVOCABLE TRUST<br>JOHN M & VALERIE WELLS TRUSTEE<br>PO BOX 2726<br>EVERGREEN, CO 80437-2726 | TIMBERLANE PUMPS LLC<br>PO BOX 1142<br>VERNAL, UT  84078-1142 | TR ENTERPRISES LLC<br>dba BESST FIRE AND SAFETY<br>PO BOX 1501<br>ROOSEVELT, UT 84066-1501 |
| TRANSMOUNTAIN PRODUCTION CO<br>3272 WESTHEIMER<br>SUITE 18<br>HOUSTON, TX 77098-1008 | TRUST LANDS ADMINISTRATION<br>675 E. 500 S. #500<br>SALT LAKE CITY, UT 84102-2813 | U. S. BLM - National Operations Center<br>Howard Cantor, Center Director<br>Denver Federal Center, Bldg. 50<br>P.O. Box 25047<br>Denver, CO  80225-0047 |
| UINTAH COUNTY RECORDER<br>147 EAST MAIN<br>VERNAL, UT 84078-2643 | ULTA RESOURCES INC<br>ATTN: ACCOUNTING<br>LOCKBOX 116 INVERNESS DRIVE EAST, #400<br>ENGLEWOOD, CO 80151-0116 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| UTAH STATE TAX COMMISSION<br>UTAH SALES USE TAX<br>210 NORTH 1950 WEST<br>SALT LAKE CITY, UT  84134-2000 | Uintah County<br>152 E 100 N<br>Vernal, UT 84078-2110 | United States Bureau of Land Management<br>Michael D. Nedd, Acting Director<br>1849 C Street NW, Rm. 5665<br>Washington DC 20240-0001 |
| United States Bureau of Land Management<br>Utah State Office<br>Ed Roberson, State Director<br>440 West 200 South, Ste. 500<br>Salt Lake City, UT 84101-1434 | Utah Department of Environmental Quality<br>Alan Matheson, Executive Director<br>195 North 1950 West, 4th Floor<br>P.O. Box 144810<br>Salt Lake City, UT  84114-4810 | VAL EDWARD LABRUM<br>1235 CLUBHOUSE DR.<br>ROOSEVELT, UT 84066-2224 |
| VENOCO INC<br>370 17TH STREET SUITE 2950<br>DENVER, CO 80202-5612 | VERN JONES<br>PO BOX 753<br>SALT LAKE CITY, UT  84110-0753 | VINTAGE PRODUCTION CALIFORNIA<br>P.O. BOX 59710<br>JOINT INTEREST DEPARTMENT<br>LOS ANGELES, CA  90074-9710 |

| | | |
|---|---|---|
| WANDA L. LEMKE<br>PO BOX 235<br>RUSTON, LA 71273-0235 | WAPITI OIL & GAS II LLC<br>800 GESSNER SUITE 700<br>HOUSTON, TX 77024-4284 | WEBB'S SELECT-A-SERVICE INC<br>PO BOX 425<br>ALTAMONT, UT 84001-0425 |
| WELL MASTER CORPORATION<br>400 CORPORATE CIRCLE<br>GOLDEN, CO 80401-5625 | WEST COAST LAND SERVICE<br>1230 CHESTER AVENUE<br>BAKERSFIELD, CA 93301-5432 | WESTERN CHEMICAL<br>P.O. BOX 1575<br>EVANSTON, WY 82931-1575 |
| WESTERN OIL COMPANY<br>911 KIMBARK STREET<br>LONGMONT, CO 80501-4510 | WESTERN WATER SOLUTIONS LLC<br>2230 N UNIVERSITY PKWY STE 2F<br>PROVO, UT 84604-1514 | WEX BANK<br>PO BOX 6293<br>CAROL STREAM, IL 60197-6293 |
| WILD MOUNTAIN SUPPLY LLC<br>2959 N 3000 W<br>ROOSEVELT, MT 84066-4783 | WILLIES HOT OIL SERVICE<br>156 NORTH 1500 EAST<br>ROOSEVELT, UT 84066-3525 | WILLIS JARREL, JR.<br>3101 BELMEAD<br>TYLER, TX 75701-7839 |
| WINN-MARION BARBER<br>7084 S REVERE PARKWAY<br>CENTENNIAL, CO 80112-3973 | XTO ENERGY INC<br>PO BOX 730587<br>DALLAS, TX 75373-0587 | XTO ENERGY, INC.<br>810 HOUSTON ST.<br>FORT WORTH, TX 76102-6298 |
| ZIPLOCAL<br>PO BOX 50030<br>PROVO, UT 84605-0030 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| AIRGAS USA LLC<br>PO BOX 676015<br>DALLAS, TX 75267-6015 | MOUNTAIN WEST PROPANE, INC.<br>7140 N 3000 W<br>ROOSEVELT, UT 84066 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| DJ OILFIELD SERVICES LLC<br>RT 1 BOX 1389<br>ROOSEVELT, UT 84066 | End of Label Matrix<br>Mailable recipients    315<br>Bypassed recipients      0<br>Total                  315 |