# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| BADLANDS ENERGY, INC.<br>EIN: 98-0204105, | Bankruptcy Case No. 17-17465 KHT<br>Chapter 11 |
| Debtor. | |
| In re: | |
| BADLANDS PRODUCTION COMPANY<br>EIN: 84-146-1816, | Bankruptcy Case No. 17-17467 KHT<br>Chapter 11 |
| Debtor. | |
| In re: | |
| BADLANDS ENERGY-UTAH, LLC<br>EIN: 47-2023934, | Bankruptcy Case No. 17-17469 KHT<br>Chapter 11 |
| Debtor. | |
| In re: | |
| MYTON OILFIELD RENTALS, LLC<br>EIN: 20-1202389, | Bankruptcy Case No. 17-17471 KHT<br>Chapter 11 |
| Debtor. | **Jointly Administered Under**<br>**Case No. 17-17465 KHT**<br>**Chapter 11** |

## ORDER AND NOTICE OF PRELIMINARY HEARING

THIS MATTER is before the Court on the Motion Seeking Expedited Entry of Orders filed by the above-captioned Debtors (Docket #13 in these jointly administered Chapter 11 cases, Case No. 17-17465) filed August 14, 2017, through counsel, Theodore J. Hartl. The Debtors seek expedited entry of orders on the following Motions:

- Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtors to: (A) Obtain Postpetition Financing on a Secured, Superpriority Basis and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief;

- Motion for Interim Order Determining Adequate Assurance of Payment for Future Utility Services and Restraining Utility Companies from Discontinuing, Altering or Refusing Service;

- Motion for Order Authorizing Retention of Cash Management Systems;

- Motion for Order Authorizing Ordinary Course Payments to Prepetition Royalty Interest Holders, Non-Operating Interests Holders, and Operators for Joint-Interest Billings;

Being advised in the premises, the Court

HEREBY ORDERS that a preliminary hearing on the Motions shall be conducted on **Thursday, August 17, 2017, at 3:00 P.M. in Courtroom A,** U.S. Custom House, 721 19th Street, Denver, Colorado, pursuant to procedures outlined in the Court's Local Bankruptcy Rules, L.B.R. 2081-1.

FURTHER ORDERS that the Debtor shall serve a copy of this Order and Notice of Preliminary Hearing upon the United States Trustee, all parties in interest, including affected secured creditors, and each of the Debtor's twenty (20) largest creditors forthwith, and shall provide proof of service pursuant to L.B.R. 2081-1.

FURTHER ORDERS the parties may file an objection in writing prior to the hearing and/or may appear at the hearing to state or supplement their objection orally.

DATED this 14th day of August, 2017.

BY THE COURT:

_____
Judge Kimberley H. Tyson
United States Bankruptcy Court

2