IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: <br><br> BADLANDS ENERGY, INC. <br> EIN: 98-0204105, <br><br> Debtor. | ) ) ) ) ) ) ) ) | Case No. 17-17465-KHT <br> Chapter 11 |
| In re: <br><br> BADLANDS PRODUCTION COMPANY <br> EIN: 84-1461816, <br><br> Debtor. | ) ) ) ) ) ) ) ) | Case No. 17-17467-KHT <br> Chapter 11 |
| In re: <br><br> BADLANDS ENERGY-UTAH, LLC <br> EIN: 47-2023934, <br><br> Debtor. | ) ) ) ) ) ) ) ) | Case No. 17-17469-KHT <br> Chapter 11 |
| In re: <br><br> MYTON OILFIELD RENTALS, LLC <br> EIN: 20-1202389, <br><br> Debtor. | ) ) ) ) ) ) ) ) ) ) | Case No. 17-17471-KHT <br> Chapter 11 <br><br> **Jointly Administered Under <br> Case No. 17-17465-KHT** |

NOTICE OF SUBMISSION OF PURCHASE AND SALE AGREEMENT
AND EXHIBITS THERETO
(Badlands Production Company)

Badlands Energy, Inc., and its affiliates, as debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "Debtors"), respectfully submit the complete Purchase and Sale Agreement, attached hereto as **Exhibit A**, and state:

1. On August 14, 2017, the Debtors filed their Motion for Entry of an Order (a) Approving the Purchase and Sale Agreement Between Badlands Production Company and the Successful Auction Bidder, (B) Authorizing the Sale of Substantially All of its Property Pursuant

Thereto, Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief (the "Sale Motion"). *See* Dkt. #18. A copy of the Purchase and Sale Agreement, without the voluminous exhibits and schedules, was attached as Exhibit A to the Sale Motion. *See* Dkt. #18-1.

2. On August 14, 2017, Debtors served a copy of the Notice Pursuant to Local Bankruptcy rules 2002-1, 6004-1, and 9013-1 of the Sale Motion (the "Notice") to all parties in interest and creditors of Badlands Production Company, as is shown on the certificate of service filed with the Notice. *See* Dkt. #19.

3. Debtors respectfully submit the complete Purchase and Sale Agreement, together with all exhibits and schedules thereto, attached hereto as Exhibit A, to accompany the Sale Motion.

WHEREFORE, Debtors respectfully submit the attached Purchase and Sale Agreement and exhibits and schedules as a supplement to the Sale Motion.

Dated: August 22, 2017.

          **LINDQUIST & VENNUM LLP**

          By: /s/Theodore J. Hartl
          Theodore J. Hartl, #32409
          600 17th Street, Suite 1800 South
          Denver, CO, 80202-5441
          Telephone: (303) 573-5900
          Facsimile: (303) 573-1956
          Email: thartl@lindquist.com

          *Proposed Counsel for the Debtors*