**Fill in this information to identify the case:**

Debtor name: **Badlands Energy, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): **17-17465**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ **484,250.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................... $ **18,916,303.93**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................... $ **19,400,553.93**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **33,401,224.84**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ **453,085.07**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................. +$ **12,559,508.48**

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                              $ **46,413,818.39**