Fill in this information to identify the case:

Debtor name: **Badlands Energy, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
Case number (if known): **17-17465**

■ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Arnie Powell Trucking<br>2149 W 1000 N<br>Roosevelt, UT 84066-4886 | Arnie Powell<br><br>(435) 722-3210 | Trade debt | | | | $8,248.65 |
| Chipeta Processing, LLC<br>PO Box 1330<br>Houston, TX 77251-1330 | Lynn Sigman<br><br>(720) 929-6521 | Trade debt | | | | $4,170,000.00 |
| Dorrier Equities, Ltd.<br>1 Riverway Ste 610<br>Houston, TX 77056-2044 | John Dorrier<br><br>(713) 871-1351 | Loan | | | | $4,839,167.00 |
| Duchesne County<br>PO Box 989<br>Duchesne, UT 84021-0989 | Joanne Evans<br><br>(435) 738-1100 | Taxes | | | | $26,615.78 |
| EKS&H<br>7979 E Tufts Ave Ste 400<br>Denver, CO 80237-2521 | Scott Collier<br><br>(303) 846-3322 | Professional Services | | | | $30,229.78 |
| Garrison Loan Agency Services, LLC<br>1290 Avenue of the Americas Ste 914<br>New York, NY 10104-0008 | Peter Guffey<br><br>Brent.McIlwain@hklaw.com<br>(212) 372-9592 | Loan | | $33,401,224.84 | $17,619,694.85 | $15,781,529.99 |
| HEIN & ASSOCIATES LLP<br>1999 Broadway Ste 4000<br>Denver, CO 80202-5703 | Emily Wiggins<br><br>(303) 298-9600 | Professional Services | | | | $139,657.00 |

Debtor **Badlands Energy, Inc.**
Name

Case number *(if known)* **17-17465**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IHS Global, Inc.<br>PO Box 847193<br>Dallas, TX<br>75284-7193 | Nancy Victor<br><br>(303) 858-6847 | Trade debt | | | | $8,453.23 |
| LMK RESOURCES INC<br>6051 N Course Dr<br>Houston, TX<br>77072-1667 | Ayesha Hafeez<br><br>(435) 724-1165 | Trade debt | | | | $12,483.15 |
| Lori Knight<br>61 New Mexico 222<br>Tijeras, NM<br>87059-7966 | Lori Knight<br><br>(505) 281-8373 | Revenue Distribution | | | | $8,604.46 |
| Monarch Natural Gas, LLC<br>5613 Dtc Pkwy Ste 200<br>Greenwood Village, CO 80111-3030 | Richard Wanger<br><br>(720) 381-4561 | Trade debt | | | | $1,765,500.00 |
| Multi-Chem<br>PO Box 301341<br>Dallas, TX<br>75303-1341 | Sharon Gurule<br><br>(303) 571-8249 | Trade debt | | | | $556,135.84 |
| P2 Energy Solutions<br>PO Box 912692<br>Denver, CO<br>80291-2692 | Michelle Eisenbraun<br><br>(303) 292-0990 | Trade debt | | | | $5,372.41 |
| P2ES HOLDINGS LLC<br>PO Box 912692<br>Denver, CO<br>80291-2692 | Michaelle Eisenbraun<br><br>(303) 292-0990 | Trade debt | | | | $5,641.03 |
| QEP Energy Company<br>PO Box 204033<br>Dallas, TX<br>75320-4033 | Cody Clement<br><br>(303) 573-3480 | Trade debt | | | | $58,691.85 |
| Questar Pipeline Company<br>180 E 100 S<br>Salt Lake City, UT<br>84139-1502 | Trang Nguyen<br><br>(801) 324-2419 | Trade debt | | | | $282,626.00 |
| Uintah County Recorder<br>147 E Main St<br>Vernal, UT<br>84078-2643 | Wendi Long<br><br>(435) 781-5365 | Taxes | | | | $268,666.35 |

| Debtor | Badlands Energy, Inc. | | Case number *(if known)* | 17-17465 | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UTAH STATE TAX COMMISSION**<br>**210 N 1950 W**<br>**Salt Lake City, UT**<br>**84134-9000** | **Bankruptcy Division X5**<br><br>**(800) 662-4335** | **Taxes** | | | | $334,000.07 |
| **Water Disposal Inc**<br>**2285 Lucky John Dr**<br>**Park City, UT**<br>**84060-6914** | **Doug Betts**<br><br>**(435) 724-1165** | **Trade debt** | | | | $3,277.50 |
| **XTO Energy Inc.**<br>**810 Houston St**<br>**Fort Worth, TX**<br>**76102-6203** | **Wesley Owen**<br><br>**(817) 885-2847** | **Trade debt** | | | | $21,408.89 |