## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BADLANDS ENERGY, INC. ) | Case No. 17-17465 KHT |
| EIN: 98-0204105, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| BADLANDS PRODUCTION COMPANY ) | Case No. 17-17467 KHT |
| EIN: 84-1461816, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| BADLANDS ENERGY-UTAH, LLC ) | Case No. 17-17469 KHT |
| EIN: 47-2023934, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| MYTON OILFIELD RENTALS, LLC ) | Case No. 17-17471 KHT |
| EIN: 20-1202389, ) | Chapter 11 |
| Debtor. ) | **Jointly Administered Under** |
| ) | **Case No. 17-17465 KHT** |
| ) | |

### ORDER GRANTING DEBTORS' MOTION TO CONTINUE FINAL
### HEARINGS AND SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court on the Motion to Continue Final Hearings and for Related Relief (the "Motion") (Docket #102), filed by Badlands Energy, Inc., Badlands Production Company, Badlands Energy-Utah, LLC and Myton Oilfield Rentals, LLC (together, the "Debtors"). The Court has reviewed the Debtors' Motion and is otherwise advised. It is hereby

ORDERED that the Debtors' Motion is GRANTED;

IT IS FURTHER ORDERED that the time of the hearing scheduled for **August 31, 2017, at 9:00 a.m.** shall be **CHANGED to August 31, 2017 at 11:00 a.m. in Courtroom A**, and the hearing shall be treated as a telephonic Status Conference. Parties wishing to appear by telephone shall call **1-888-684-8852** at the scheduled time of the hearing. The access code for the conference call is **4168567**. Please stay on the line until the court operator takes the roll call and the hearing begins.

IT IS FURTHER ORDERED that the final hearings on the following pending matters are hereby CONTINUED to **September13, 2017, at 9:30 a.m.:**

Debtors' Motion to Determine Adequate Assurance of Payment for Future Utility Services and Restraining Utility Companies from Discontinuing Altering or Refusing Service;

Debtors' Motion for Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Authorizing the Debtors to Use Cash Collateral, (IV) Granting Adequate Protection to the Prepetition Secured Parties; and

Debtors' Motion for Authority to Maintain Existing Bank Accounts, Approving Cash Management System, and Waiving Section 345 Investment and Deposit Requirements

IT IS FURTHER ORDERED that any additional objections to the entry of the final relief requested shall be filed no later than **September 8, 2017**; the Debtors shall serve notice of this order on all parties affected and file a certificate of service.

Dated this 30th day of August, 2017.

BY THE COURT:

_(signed)_ Kimberley H Ty———
_____
Hon. Kimberley H. Tyson
United States Bankruptcy Judge