# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>BADLANDS ENERGY, INC.<br>EIN: 98-0204105,<br><br>    Debtor. | Case No. 17-17465 KHT<br>Chapter 11 |
| In re:<br><br>BADLANDS PRODUCTION COMPANY<br>EIN: 84-1461816,<br><br>    Debtor. | Case No. 17-17467 KHT<br>Chapter 11 |
| In re:<br><br>BADLANDS ENERGY-UTAH, LLC<br>EIN: 47-2023934,<br><br>    Debtor. | Case No. 17-17469 KHT<br>Chapter 11 |
| In re:<br><br>MYTON OILFIELD RENTALS, LLC<br>EIN: 20-1202389,<br><br>    Debtor. | Case No. 17-17471 KHT<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 17-17465 KHT** |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF WAPITI OIL & GAS II, LLC TO DEBTORS' MOTION FOR EXPEDITED ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION SECURED FINANCING PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (III) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL, (IV) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES, (V) SCHEDULING A FINAL HEARING, AND (VI) GRANTING RELATED RELIEF**

Wapiti Oil & Gas II, LLC ("WOG II")[1] respectfully submits this limited objection and reservation of rights (the "Objection") to the *Debtors' Motion For Expedited Entry Of Interim And Final Orders (I) Authorizing The Debtors To Obtain Postpetition Secured Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Liens And Providing Superpriority Administrative Expense Status, (III) Authorizing The Debtors To Use Cash Collateral, (IV) Granting Adequate Protection To The Prepetition Secured Parties, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief* [Dkt. No. 16] (the "DIP Motion"), filed by Badlands Production Company ("BPC"), Badlands Energy, Inc. ("BEI"), Badlands Energy Utah ("BEU"), and Myton Oilfield Rentals, LLC ("Myton," and together with BPC, BEI, and BEU, the "Debtors").[2]

## I.
## BACKGROUND AND RESERVATION OF RIGHTS

1. On August 16, 2017, WOG II filed an objection to the interim relief sought in the DIP Motion [Dkt. No. 36 (the "Original DIP Objection"). While WOG II and the Debtors agreed to a form of order for interim relief that would preserve all parties' rights on critical issues, those issues are now before the Court on a final basis.

2. The Debtors, WOG II, and numerous other parties are in the process of negotiating an agreed order. WOG II believes that all parties have agreed to a form of order, but has not gotten final confirmation. Accordingly, out of an abundance of caution, WOG II files this reservation of rights to ensure that its rights to object are preserved until WOG II receives final confirmation that all parties have agreed to the final order.[3]

---

[1] The stalking horse bidder, Wapiti Newco, LLC ("Newco" or the "Stalking Horse Bidder"), is not an affiliate of Wapiti II, although they do have some common ownership. Newco is represented by separate counsel.
[2] All capitalized terms not herein defined shall have the meanings ascribed to them in the DIP Motion.
[3] To the extent necessary, WOG II reasserts the arguments it made in the Original DIP Objection, and fully incorporates such objection in this Objection. WOG II reserves the right to supplement the Original DIP Objection if all parties do not agree to the final order that has been negotiated.

Dated: September 11, 2017

/s/ Steven J. Levitt

THOMPSON & KNIGHT LLP

By: /s/ Steven J. Levitt

Mitchell E. Ayer
Texas State Bar No. 01465500
811 Main St., Suite 2500
Houston, Texas 77002
Telephone: 713.654.8111
Facsimile: 713.654.1871
E-mail: mitchell.ayer@tklaw.com

Steven J. Levitt
Texas State Bar No. 24092690
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
Telephone: 214.969.1700
Facsimile: 214.969.1751
E-mail: steven.levitt@tklaw.com

**ATTORNEYS FOR WAPITI OIL & GAS II LLC**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the Debtors, through counsel, and the parties listed below via email. I further certify that the foregoing was served on all parties entitled to notice via the Court's electronic notification system on this 11th day of September, 2017.

Theodore J. Hartl
Lindquist & Vennum LLP
600 17th St., Suite 1800
Denver, CO 80202-5441
Via E-mail: thartl@lindquist.com

Garrison Loan Agency Services, LLC
c/o Brent R. McIlwain, Esq., Eric W. Kimball and Brian J. Smith, Esq.
Holland & Knight LLP
200 Crescent Court, Suite 1600
Dallas, Texas 75201

Via E-mail: brent.mcilwain@hklaw.com; eric.kimball@hklaw.com; brian.smith@hklaw.com

Alan K. Motes
Office of the United States Trustee
Byron G. Rogers Federal Building
1961 Stout St. , Ste. 12-200
Denver, CO 80294
Via E-mail: Alan.Motes@usdoj.gov

                                            */s/ Mitchell E. Ayer*
                                            Mitchell E. Ayer