IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>BADLANDS ENERGY, INC.<br>EIN: 98-0204105,<br><br>    Debtor. | )<br>)<br>) Case No. 17-17465 KHT<br>) Chapter 11<br>)<br>)<br>) |
| In re:<br><br>BADLANDS PRODUCTION COMPANY<br>EIN: 84-1461816,<br><br>    Debtor. | )<br>)<br>) Case No. 17-17467 KHT<br>) Chapter 11<br>)<br>)<br>) |
| In re:<br><br>BADLANDS ENERGY-UTAH, LLC<br>EIN: 47-2023934,<br><br>    Debtor. | )<br>)<br>) Case No. 17-17469 KHT<br>) Chapter 11<br>)<br>)<br>) |
| In re:<br>MYTON OILFIELD RENTALS, LLC<br>EIN: 20-1202389,<br>    Debtor. | )<br>) Case No. 17-17471 KHT<br>) Chapter 11<br>) **Jointly Administered Under**<br>) **Case No. 17-17465 KHT**<br>) |

### CERTIFICATE OF NON-CONTESTED MATTER AND
### REQUEST FOR ENTRY OF ORDER

    On August 25, 2017, Badlands Energy, Inc., together with its affiliates, Badlands Production Company, Badlands Energy-Utah, LLC and Myton Oilfield Rentals, LLC (together, the "Debtors") filed an Application to Employ r2 Advisors, LLC as Financial Consultant (the "Application"). The Debtors hereby represent and show the court:

    1.    The Debtors certify that service of the Application, Notice, and proposed order was timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as shown on the certificate of service filed on August 25, 2017.

    2.    No objections or requests for hearing on the Application were received by the undersigned, or filed with the Court and docketed in this case by the date designated in the Notice.

    3.    The docket numbers for each of the following relevant documents are:

2

      a.      the Application and all documents attached thereto and served therewith, (Docket No. 80);

      b.      the Notice, (Docket No. 81); and

      c.      the proposed Order, (Docket No. 80-2).

WHEREFORE, the Debtors request that the Court forthwith enter an order granting the Application, a form of which was previously submitted. (Order, Docket No. 80-2)

Dated this 21st day of September, 2017.

**LINDQUIST & VENNUM LLP**

By:    */s/ Theodore J. Hartl*
       Theodore J. Hartl, #32409
       Mike S. Richardson, #49014
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
thartl@lindquist.com

*Proposed Counsel for Debtors*