IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>BADLANDS ENERGY, INC.<br>EIN: 98-0204105,<br><br>    Debtor. | Case No. 17-17465 KHT<br>Chapter 11 |
| In re:<br><br>BADLANDS PRODUCTION COMPANY<br>EIN: 84-1461816,<br><br>    Debtor. | Case No. 17-17467 KHT<br>Chapter 11 |
| In re:<br><br>BADLANDS ENERGY-UTAH, LLC<br>EIN: 47-2023934,<br><br>    Debtor. | Case No. 17-17469 KHT<br>Chapter 11 |
| In re:<br>MYTON OILFIELD RENTALS, LLC<br>EIN: 20-1202389,<br>    Debtor. | Case No. 17-17471 KHT<br>Chapter 11<br>**Jointly Administered Under**<br>**Case No. 17-17465 KHT** |

### NOTICE OF SUBMISSION OF REDLINED PROPOSED BID PROCEDURES AND ORDER FOR RIVERBEND ASSETS OF BADLANDS PRODUCTION COMPANY AND REQUEST FOR EXPEDITED HEARING

Badlands Energy, Inc., Badlands Production Company, Badlands Energy-Utah, LLC and Myton Oilfield Rentals, LLC (the "Debtors"), by and through undersigned counsel, hereby give Notice of Submission  (this "Notice") of Order (A) Approving Bid Procedures and Bid Protections in Connection with the Sale of Substantially All of Assets of Badlands Production Company, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction

and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief (the "Riverbend Bid Procedures Order") and state:

1. On August 14, 2017, Debtor Badlands Production Company filed its Motion for Entry of an Order (A) Approving Bid Procedures and Bid Protections in Connection with the Sale of Substantially All of its Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief (the "Riverbend Bid Procedures Motion"). *See* Dkt. #21.

2. On August 28, 2017, Dorrier Equities, Ltd. and Markham, LLC c/o McIntyre Partners filed their objection (the "Dorrier Markham Objection"). *See* Dkt. #90. On August 28, 2017, Halliburton Energy Services, Inc., and Multi-Chem, a Halliburton Service ("Halliburton") filed their limited objection (the "Halliburton Objection"). *See* Dkt. #99. On September 4, 2017, Wapiti Oil & Gas II, LLC ("Wapiti II") filed its limited objection to the Riverbend Bid Procedures Motion (the "Wapiti Objection"). *See* Dkt. #112.

3. The Debtors hereby submit as **Exhibit 1** a redlined copy of the form of revised Bid Procedures Order and related bid procedures for the proposed auction and sale of the Riverbend assets of Debtor Badlands Production Company, redlined against the prior Bid Procedures Order and procedures. A clean copy of the proposed revised Bid Procedures Order is attached as a proposed order.

4. The revisions change the dates initially proposed to address the Dorrier Markham Objection; the Debtors have discussed a revised sale timeline with counsel, and circulated these proposed dates in an effort to consensually resolve the Dorrier Markham Objection. The Debtors

have received no response to date but believe that the revised timeline is appropriate under the circumstances.

5. Given the pending stalking horse purchaser for the Riverbend assets and the outside deadline of October 31, 2017, to close that transaction for the benefit of the estates, the Debtors have proposed a revised timeline that contemplates: bids due by October 5, 2017; an auction on October 12, 2017; final objections to the sale due by October 17, 2017; a sale hearing as the Court's calendar will allow on or after October 23, 2017; and a closing by October 31, 2017.

6. With respect to the limited objections from Halliburton and Wapiti II concerning distribution of any sale proceeds, paragraph XVIII of the bid procedures has been revised for consistency with the Court's final order approving the use of cash collateral and debtor-in-possession financing (Dkt. #136) and expressly subjects payment of proceeds to entry of a further Court order. The Debtors believe that those changes should suffice to resolve the Wapiti II and Halliburton objections.

7. Contemporaneously with this notice, the Debtors are filing a certificate of contested matter and hereby request an expedited hearing on the matter at the earliest opportunity. The Debtors believe that an expedited hearing would require approximately 1/2 hour of Court time.

Dated this 27th day of September, 2017.

**LINDQUIST & VENNUM LLP**

By:    */s/ Theodore J. Hartl*
       Theodore J. Hartl, #32409
       Mike S. Richardson, #49014
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
thartl@lindquist.com

*Proposed Counsel for Debtors*

## **CERTIFICATE OF SERVICE**

It is hereby certified that on September 27, 2017, the foregoing **NOTICE OF SUBMISSION OF REDLINED PROPOSED BID PROCEDURES AND ORDER FOR RIVERBEND ASSETS OF BADLANDS PRODUCTION COMPANY AND REQUEST FOR EXPEDITED HEARING** was served via U.S. Mail, first class postage prepaid, to the addresses on the attached list.

*/s/ Brandon L. Blessing*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 17-17465-KHT<br>District of Colorado<br>Denver<br>Wed Sep 27 15:14:01 MDT 2017 | Mitchell E Ayer<br>811 Main Street, Suite 2500<br>Houston, TX 77002-6129 | Kenneth J. Buechler<br>999 18th St.<br>Ste., 1230 S<br>Denver, CO 80202-2499 |
| Andrew Thomas Gillespie<br>1050 17th Street<br>Ste. 1800<br>Denver, CO 80265-1801 | (c)CHARLES GREENHOUSE<br>1400 16TH ST STE 600<br>DENVER CO 80202-1486 | Theodore J. Hartl<br>600 17th St.<br>Suite 1800 South<br>Denver, CO 80202-5402 |
| Patrick L. Hughes<br>1050 17th Street<br>Ste. 1800<br>Denver, CO 80265-1801 | Ellen Arvin Kennedy<br>250 W. Main St.<br>Lexington, KY 40507-1714 | Kyung S. Lee<br>909 Fannin, Ste. 3700<br>Houston, TX 77010-1049 |
| Steven J. Levitt<br>One Arts Plaza<br>1722 Routh St., Ste. 1500<br>Dallas, TX 75201-2532 | Brent R McIlwain<br>200 Crescent Court, Suite 1600<br>Dallas, TX 75201-1829 | Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| David M. Rich<br>650 S. Cherry Street, Suite 1100<br>Denver, CO 80246-1813 | Michael S. Richardson<br>600 17th St., Ste. 1800<br>Denver, CO 80202-5402 | Katherine A Ross<br>1801 California St.<br>Ste. 1600<br>Denver, CO 80202-2628 |
| Craig K. Schuenemann<br>1700 Lincoln St., Ste. 4100<br>Denver, CO 80203-4541 | Steven W. Soule<br>320 South Boston Ave.<br>Suite 400<br>Tulsa, OK 74103-3708 | (c)TIMOTHY M. SWANSON<br>1400 16TH ST STE 600<br>DENVER CO 80202-1486 |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Risa Lynn Wolf-Smith<br>555 17th St.<br>Ste. 3200<br>Denver, CO 80202-3921 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | | |
|---|---|---|
| Charles Greenhouse<br>1400 16th St.<br>6th Floor<br>Denver, CO 80202 | Timothy M. Swanson<br>1400 16th St.<br>6th Floor<br>Denver, CO 80202 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                  19 |