# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>BADLANDS ENERGY, INC.<br>EIN: 98-0204105,<br><br>    Debtor. | Case No. 17-17465 KHT<br>Chapter 11 |
| In re:<br><br>BADLANDS PRODUCTION COMPANY<br>EIN: 84-1461816,<br><br>    Debtor. | Case No. 17-17467 KHT<br>Chapter 11 |
| In re:<br><br>BADLANDS ENERGY-UTAH, LLC<br>EIN: 47-2023934,<br><br>    Debtor. | Case No. 17-17469 KHT<br>Chapter 11 |
| In re:<br>MYTON OILFIELD RENTALS, LLC<br>EIN: 20-1202389,<br>    Debtor. | Case No. 17-17471 KHT<br>Chapter 11<br>**Jointly Administered Under**<br>**Case No. 17-17465 KHT** |

## ORDER AND NOTICE OF EXPEDITED NON-EVIDENTIARY HEARING

THIS MATTER is before the Court on the following:

(1) Debtor's Motion for Entry of an Order (A) Approving Bid Procedures and Bid Protections in Connection with the Sale of Substantially All of its Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief ("Bid Procedures Motion") (Docket # 21) filed by Badlands Production Company, Debtor;

(2) Objection filed by Dorrier Equities, Ltd. and Markham, LLC (Docket #90);

(3) Limited Objection filed by Halliburton Energy Services, Inc. and Multi-Chem, a Halliburton Service (Docket #99);

(4) Limited Objection filed by Wapiti Oil & Gas II, LLC (Docket #112);

(5) Notice of Submission of Redlined Proposed Bid Procedures and Order for Riverbend Assets of Badlands Production Company and Request for Expedited Hearing (Docket #153), filed by Badlands Energy, Inc., Badlands Production Company, Badlands Energy-Utah, LLC and Myton Oilfield Rentals, LLC (together, the "Debtors"); and

(6) Certificate of Contested Matter and Request for Hearing (Docket #154).

The Court has reviewed the file and shall set an expedited non-evidentiary hearing on the Bid Procedures Motion and the foregoing Objections thereto. Accordingly

IT IS HEREBY ORDERED that a non-evidentiary hearing to consider the Bid Procedures Motion and the foregoing Objections thereto will be held on **Tuesday, October 3, 2017at 9:30 a.m. in Courtroom A**, U.S. Custom House, 721 19th Street, Denver, Colorado. Parties may call **1-888-684-8852** at the scheduled time of the hearing. The access code for the conference call is **4168567**.

Dated this 29th day of September, 2017.

BY THE COURT:

_Kimberley H Ty_
_____
Hon. Kimberley H. Tyson
United States Bankruptcy Judge