UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

Date:    October 3, 2017                                    HONORABLE KIMBERLEY H. TYSON, Presiding

In re:    BADLANDS ENERGY, INC.                                      Case No: 17-17465-KHT
          EIN: 98-0204105,                                                       Chapter 11
          BADLANDS PRODUCTION COMPANY                                Case No: 17-17467-KHT
          EIN:   84-1461816,                                                     Chapter 11
          BADLANDS ENERGY-UTAH, LLC                                  Case No: 17-17469-KHT
          EIN:   47-2023934,                                                     Chapter 11
          MYTON OILFIELD RENTALS, LLC                                Case No: 17-17471-KHT
          EIN:   20-1202389,                                                     Chapter 11
                                               Debtors.              **(Jointly Administered Under
                                                                     Case No. 17-1765-KHT)**

Appearances: (*indicates appearance by telephone)

| | | | |
|---|---|---|---|
| Debtor(s) | | Counsel | Theodore J. Hartl, Michael Richardson* |
| Trustee | | Counsel | |
| Creditor | Wapiti Oil & Gas II, LLC | Counsel | Mitchell Ayer*, Steven J. Levitt* |
| Creditor | Wyatt Energy LLC | Counsel | Patrick Hughes |
| Creditor | Dorrier Equities, Ltd. and Markham, LLC | Counsel | Ellen Arvin-Kennedy* |
| Creditor | Halliburton Energy Svcs, Inc. and Multi-Chem | Counsel | Timothy Swanson |
| Creditor | Garrison Investment Group | Counsel | Brent McIlwain* |
| Creditor | Rig II, LLC | Counsel | Craig Schuenemann* |
| Creditor | U.S. Environmental Protection Agency | Counsel | Sheldon Muller |
| | Wapiti Newco, LLC | Counsel | Kyung S. Lee |

Proceedings:    Non-evidentiary Hearing on Bid Procedures Motion (Riverbend Assets) (Dkt. #21) and Objections thereto filed by Dorrier Equities, Ltd., Halliburton parties and Wapiti Oil & Gas II, LLC.

[] Evidentiary Hearing          [X] Non-Evidentiary
                                    Hearing

[]  Witnesses Sworn       []  See List Attached       []  Exhibits Admitted       []  See List Attached

[X]    Entries of appearance and arguments made.

Orders:  The Court will enter an Order granting the Bid Procedures Motion (docket #21) as revised at docket #153 and further revised at the hearing concerning the bid deadline and stalking horse expense reimbursement.  Counsel to submit new form of Order.  Sale Hearing on Riverbend Assets set for **Wednesday, October 25, 2017 at 10:00 a.m.**

Date:    October 3, 2017                          FOR THE COURT:
                                                  *Kenneth S. Gardner, Clerk of the Bankruptcy Court*

                                                  By*: s/ Ellen Cadette*
                                                       Law Clerk