# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>BADLANDS ENERGY, INC.<br>EIN: 98-0204105,<br><br>　　Debtor. | Case No. 17-17465 KHT<br>Chapter 11 |
| In re:<br><br>BADLANDS PRODUCTION COMPANY<br>EIN: 84-1461816,<br><br>　　Debtor. | Case No. 17-17467 KHT<br>Chapter 11 |
| In re:<br><br>BADLANDS ENERGY-UTAH, LLC<br>EIN: 47-2023934,<br><br>　　Debtor. | Case No. 17-17469 KHT<br>Chapter 11 |
| In re:<br>MYTON OILFIELD RENTALS, LLC<br>EIN: 20-1202389,<br>　　Debtor. | Case No. 17-17471 KHT<br>Chapter 11<br>**Jointly Administered Under**<br>**Case No. 17-17465 KHT** |

## ORDER GRANTING
## DEBTORS' MOTION TO SHORTEN NOTICE PERIOD FOR MOTION TO
## (A) APPROVE BID PROCEDURES FOR SALE OF SOUTH ALTAMONT ASSETS OF BADLANDS ENERGY-UTAH, LLC, AND SALE OF RELATED FIELD OFFICES AND ASSETS OF MYTON OILFIELD RENTALS,
## (B) SCHEDULE AUCTION AND SALE HEARING, AND
## (C) APPROVE PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS IN CONNECTION THEREWITH

　　THIS MATTER is before the Court on the Motion to Shorten Notice Period for Motion to (A) Approve Bid Procedures for Sale of South Altamont Assets of Badlands Energy-Utah, LLC, and Sale of Related Field Offices and Assets of Myton Oilfield Rentals, (B) Schedule Auction And Sale Hearing, and (C) Approve Procedures for the Assumption and Assignment of Contracts in Connection Therewith (this "Motion to Shorten"), filed by Badlands Energy-Utah, LCC ("Badlands Utah"), and Myton Oilfield Rentals, LLC ("Myton") (together, the "Debtors"). The Court as reviewed the Motion to Shorten and the file and is otherwise advised. It is hereby

ORDERED that the Motion to Shorten is GRANTED;

IT IS FURTHER ORDERED that deadline for filing objections to the Motion to (A) Approve Bid Procedures for Sale of South Altamont Assets of Badlands Energy-Utah, LLC, and Sale of Related Field Offices and Assets of Myton Oilfield Rentals, (B) Schedule Auction And Sale Hearing, and (C) Approve Procedures for the Assumption and Assignment of Contracts in Connection Therewith (the "Motion", Dkt. #159) is shortened to seven (7) days. The Debtors shall forthwith file and serve all parties with this order, a form of notice of the Motion pursuant to L.B.R. 9013-1, and shall file a certificate of service reflecting the same.

Dated this 3rd day of October, 2017.　　　BY THE COURT:

_____
Honorable Kimberley H. Tyson
United States Bankruptcy Judge