# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BADLANDS ENERGY, INC. ) | Case No. 17-17465 KHT |
| EIN: 98-0204105, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| BADLANDS PRODUCTION COMPANY ) | Case No. 17-17467 KHT |
| EIN: 84-1461816, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| BADLANDS ENERGY-UTAH, LLC ) | Case No. 17-17469 KHT |
| EIN: 47-2023934, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| MYTON OILFIELD RENTALS, LLC ) | Case No. 17-17471 KHT |
| EIN: 20-1202389, ) | Chapter 11 |
| Debtor. ) | **Jointly Administered Under** |
| ) | **Case No. 17-17465 KHT** |
| ) | |

**SECOND NOTICE OF SUBMISSION OF REDLINED PROPOSED
BID PROCEDURES AND ORDER FOR RIVERBEND ASSETS OF
BADLANDS PRODUCTION COMPANY**

Badlands Energy, Inc., Badlands Production Company, Badlands Energy-Utah, LLC and Myton Oilfield Rentals, LLC (the "Debtors"), by and through undersigned counsel, hereby give this Second Notice of Submission (this "Notice") of Order (A) Approving Bid Procedures and Bid Protections in Connection with the Sale of Substantially All of Assets of Badlands Production Company, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief (the "Riverbend Bid Procedures Order") and state:

1. On August 14, 2017, Debtor Badlands Production Company filed its Motion for Entry of an Order (A) Approving Bid Procedures and Bid Protections in Connection with the Sale of Substantially All of its Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief. *See* Dkt. #21.

2. On September 27, 2017, the Debtors filed redlined changes to the Riverbend Bid Procedures Order and requested an expedited hearing. *See* Dkt. #153. The Court convened an expedited hearing on October 3, 2017. *See* Dkt. #156 and #161.

3. Attached as **Exhibit A** are further redlined changes to the Riverbend Bid Procedures Order, consistent with the deadlines set by the Court, and issues related to the proposed break-up fee discussed in open Court at the hearing. A clean copy of the Riverbend Bid Procedures Order is submitted as a proposed order with this Notice.

Dated this 3rd day of October, 2017.

**LINDQUIST & VENNUM LLP**

By:   */s/ Theodore J. Hartl*
Theodore J. Hartl, #32409
Mike S. Richardson, #49014
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
thartl@lindquist.com

*Proposed Counsel for Debtors*

## **CERTIFICATE OF SERVICE**

It is hereby certified that on October 3, 2017, the foregoing **SECOND NOTICE OF SUBMISSION OF REDLINED PROPOSED BID PROCEDURES AND ORDER FOR RIVERBEND ASSETS OF BADLANDS PRODUCTION COMPANY** was served via CM/ECF on the following:

- Mitchell E Ayer    Mitchell.ayer@tklaw.com, nashira.parker@tklaw.com
- Kenneth J. Buechler    ken@bandglawoffice.com, sharon@bandglawoffice.com
- Andrew Thomas Gillespie    andrew.gillespie@haynesboone.com
- Charles Greenhouse    charles.greenhouse@moyewhite.com, lisa.oliver@moyewhite.com
- Theodore J. Hartl    thartl@lindquist.com, bblessing@lindquist.com
- Patrick L. Hughes    Patrick.Hughes@haynesboone.com, parkerl@haynesboone.com
- Ellen Arvin Kennedy    ellen.kennedy@dinsmore.com, dsbankruptcy@dinsmore.com
- LMK Resources Inc.    ayeshahafeez@lmkr.com
- Kyung S. Lee    klee@diamondmccarthy.com, cburrow@diamondmccarthy.com
- Steven J. Levitt    steven.levitt@tklaw.com, nashira.parker@tklaw.com
- Brent R McIlwain    brent.mcilwain@hklaw.com, brian.smith@hklaw.com
- Alan K. Motes    Alan.Motes@usdoj.gov
- David M. Rich    dmrich@comcast.net, YHinton@minorbrown.com
- Michael S. Richardson    mrichardson@lindquist.com, lparker@lindquist.com;bblessing@lindquist.com
- Katherine A Ross    katherine.ross@usdoj.gov, USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov
- Craig K. Schuenemann    craig.schuenemann@bryancave.com, clientserviceteam_den@bryancave.com
- Steven W. Soule    SSoule@HallEstill.com
- Timothy M. Swanson    tim.swanson@moyewhite.com, audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
- Lauren E. Tew    LaurenT@bdfgroup.com, CO.ECF@bdfgroup.com
- US Trustee    USTPRegion19.DV.ECF@usdoj.gov
- Risa Lynn Wolf-Smith    RWolf@hollandhart.com, lmlopezvelasquez@Hollandhart.com

*/s/ Lorri Parker*

DOCS-#6029072-v1