# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>BADLANDS ENERGY, INC.<br>EIN: 98-0204105,<br><br>    Debtor. | Case No. 17-17465 KHT<br>Chapter 11 |
| In re:<br><br>BADLANDS PRODUCTION COMPANY<br>EIN: 84-1461816,<br><br>    Debtor. | Case No. 17-17467 KHT<br>Chapter 11 |
| In re:<br><br>BADLANDS ENERGY-UTAH, LLC<br>EIN: 47-2023934,<br><br>    Debtor. | Case No. 17-17469 KHT<br>Chapter 11 |
| In re:<br>MYTON OILFIELD RENTALS, LLC<br>EIN: 20-1202389,<br>    Debtor. | Case No. 17-17471 KHT<br>Chapter 11<br>**Jointly Administered Under**<br>**Case No. 17-17465 KHT** |

## CERTIFICATE OF NON-CONTESTED MATTER AND
## REQUEST FOR ENTRY OF REVISED ORDER

      On October 2, 2017, Debtors Badlands Energy-Utah, LLC and Myton Oilfield Rentals, LLC ("Debtors") filed their Motion to (A) Approve Bid Procedures for Sale of South Altamont Assets of Badlands Energy-Utah, LLC, and Sale of Related Field Offices and Assets of Myton Oilfield Rentals, (B) Schedule Auction And Sale Hearing, and (C) Approve Procedures for the Assumption and Assignment of Contracts in Connection Therewith (the "Motion"). The Debtors hereby represent and show the court:

      1.    On October 3, 2017, the Court entered an order granting a shortened notice period for the Motion (the "Order Shortening Notice Period").

      2.    The Debtors certify that service of the Notice Pursuant to Local Bankruptcy Rules 6004-1 and 9013-1 of the Motion, along with a copy of the Order Shortening Notice Period, was timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as shown on the certificate of service filed with the Notice on October 4, 2017.

3. No objections or requests for hearing on the Motion were received by the undersigned, or filed with the Court and docketed in this case by the shortened objection deadline designated in the Notice and Order Shortening Notice Period.

4. The docket numbers for each of the following relevant documents are:

    a. the Motion and all documents attached thereto and served therewith, (Docket No. 159);
    b. the Order Granting Shortened Notice, (Docket No. 162); and
    c. the Notice, (Docket No. 164).

WHEREFORE, the Debtor requests that the Court forthwith enter **a revised form of order granting the Motion, which is submitted herewith, and on file at Docket No. 190-2.**

Dated this 13th day of October, 2017.

        **LINDQUIST & VENNUM LLP**

        By:   */s/ Theodore J. Hartl*
            Theodore J. Hartl, #32409
            Mike S. Richardson, #49014
        600 17th Street, Suite 1800 South
        Denver, CO, 80202-5441
        Telephone: (303) 573-5900
        Facsimile: (303) 573-1956
        thartl@lindquist.com

        *Counsel for Debtors*