# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>BADLANDS ENERGY, INC.<br>EIN: 98-0204105,<br><br>  Debtor. | Case No. 17-17465 KHT<br>Chapter 11 |
| In re:<br><br>BADLANDS PRODUCTION COMPANY<br>EIN: 84-1461816,<br><br>  Debtor. | Case No. 17-17467 KHT<br>Chapter 11 |
| In re:<br><br>BADLANDS ENERGY-UTAH, LLC<br>EIN: 47-2023934,<br><br>  Debtor. | Case No. 17-17469 KHT<br>Chapter 11 |
| In re:<br><br>MYTON OILFIELD RENTALS, LLC<br>EIN: 20-1202389,<br><br>  Debtor. | Case No. 17-17471 KHT<br>Chapter 11<br><br>Jointly Administered Under<br>Case No. 17-17465 |

## WAPITI OIL UTAH, LLC F/K/A WAPITI NEWCO, LLC'S
## LIST OF WITNESSES AND EXHIBITS

Wapiti Utah, L.L.C. f/k/a Wapiti Newco, L.L.C. ("Newco"), through undersigned counsel, hereby designates the following witnesses and exhibits for the hearing on October 25, 2017, at 10:00 a.m. (MT) in Courtroom A.

### WITNESSES

Newco **will call** the following witnesses:

1. Bart Agee, an officer of Wapiti Utah, L.L.C., to testify regarding Wapiti/Newco's financial ability to undertake and close the transaction and provide adequate assurance of future performance.

2. Any witness endorsed or designated by any other party or necessary for foundation, impeachment, or rebuttal.

**EXHIBITS**

Newco intends to introduce as exhibits at the hearing those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Dated: October 20, 2017　　　　　　　　DIAMOND MCARTHY LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ Kyung S. Lee
　　　　　　　　　　　　　　　　　　　　Kyung S. Lee
　　　　　　　　　　　　　　　　　　　　Charles M. Rubio
　　　　　　　　　　　　　　　　　　　　909 Fannin, Suite 3700
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77010
　　　　　　　　　　　　　　　　　　　　Telephone: 713-333-5100
　　　　　　　　　　　　　　　　　　　　Facsimile: 713-333-5199
　　　　　　　　　　　　　　　　　　　　klee@diamondmccarthy.com
　　　　　　　　　　　　　　　　　　　　crubio@diamondmccarthy.com

　　　　　　　　　　　　　　　　　　　　*Counsel to Wapiti Utah, L.L.C. f/k/a Wapiti Newco, L.L.C.*

CERTIFICATE OF SERVICE

   I hereby certify that on October 20, 2017, I served the foregoing Witness and Exhibit List, together with electronic copies of all exhibits set forth on Attachment 1, by electronic service to the following:

Theodore J. Hartl
Michael S. Richardson
600 17th Street, Suite 1800 South
Denver, CO 80202
thartl@lindquist.com
mrichardson@lindquist.com

Steven W. Soule
320 South Boston Ave., Suite 400
Tulsa, OK 74103-3708
ssoule@hallestill.com

*Counsel for the Debtors*

Mitchell E. Ayer
Thompson & Knight LLP
811 Main Street, Suite 2500
Houston, TX 77002
Mitchell.ayer@tklaw.com

Steven J. Levitt
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
Steven.levitt@tklaw.com

*Counsel for Wapiti Oil & Gas II LLC*

J. Robert Forshey
Forshey & Prostok, LLP
777 Main Street, Suite 1290
Fort Worth, TX 76102
bforshey@forsheprostok.com

*Counsel for XTO Energy, Inc.*

Alan K. Motes
Office of the U.S. Trustee
1961 Soute Street, Suite 12-200
Denver, CO 80294
alan.motes@usdoj.gov

*Office of the U.S. Trustee*

Timothy M. Swanson
Charles Greenhouse
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202
Charles.greenhouse@moyewhite.com
tim.swanson@moyewhite.com

*Counsel for Multi-Chem Group, LLC*

David M. Rich
Minor & Brown P.C.
650 S. Cherry Street, Suite 1100
Denver, CO 80246-1801
drich@minorbrown.com

*Counsel for Monarch Natural Gas, LLC*

Duncan E. Barber
Shapiro Bieging Barber Otteson LLP
4582 S. Ulster St. Parkway, Suite 1650
Denver, CO 80237
dbarber@sbbolaw.com

*Local Counsel for XTO Energy, Inc.*

              /s/ Kyung S. Lee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>BADLANDS ENERGY, INC.<br>EIN: 98-0204105,<br><br>    Debtor. | Case No. 17-17465 KHT<br>Chapter 11 |
| In re:<br><br>BADLANDS PRODUCTION COMPANY<br>EIN: 84-1461816,<br><br>    Debtor. | Case No. 17-17467 KHT<br>Chapter 11 |
| In re:<br><br>BADLANDS ENERGY-UTAH, LLC<br>EIN: 47-2023934,<br><br>    Debtor. | Case No. 17-17469 KHT<br>Chapter 11 |
| In re:<br><br>MYTON OILFIELD RENTALS, LLC<br>EIN: 20-1202389,<br><br>    Debtor. | Case No. 17-17471 KHT<br>Chapter 11<br><br>Jointly Administered Under<br>Case No. 17-17465 |

## ATTACHMENT 1
## EXHIBITS FOR HEARING

Submitted by: Wapiti Utah, L.L.C. f/k/a Wapiti Newco, L.L.C.
In connection with: October 25, 2017 hearing on Motion to Approve Sale (DE #21)

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Disposition |
|---|---|---|---|---|
| 1 | Purchase and Sale Agreement dated as of August 7, 2017, between Badlands Production Company and Wapiti Newco, LLC | | | |

4

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Disposition |
|---|---|---|---|---|
| 2 | Shared Allocation Escrow Agreement between Gasco Production Company and Monarch Natural Gas, LLC, and JPMorgan Chase Bank, National Association as escrow agent, dated February 26, 2010 | | | |
| 3 | Agreement for Disposal of Salt Water between Gasco Production Company and Monarch Natural Gas, LLC, dated February 26, 2010 | | | |
| 4 | Gas Gathering and Processing Agreement between Gasco Production Company and Monarch Natural Gas, LLC, dated March 1, 2010 | | | |
| 5 | Letter Agreement to Amend the Gas Gathering and Processing Agreement between Monarch Natural Gas, LLC and Gasco Production Company, dated September 20, 2011 | | | |
| 6 | Amended and Restated Gas Gathering and Processing Agreement between Gasco Production Company and Monarch Natural Gas, LLC, dated March 22, 2012 | | | |
| 7 | Joinder to Amended and Restated Gas Gathering and Processing Agreement by and between Monarch Natural Gas, LLC, Gasco Production Company, and Wapiti Oil & Gas II, LLC, dated March 22, 2012 | | | |
| 8 | Amendment No. 1 to Amended and Restated Gas Gathering and Processing Agreement between Gasco Production Company and Monarch Natural Gas, LLC, dated November 6, 2012 | | | |
| 9 | Letter Agreement between Gasco Production Company and Monarch Natural Gas, LLC, dated August 26, 2013 | | | |

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Disposition |
|---|---|---|---|---|
| 10 | Amendment No. 2 to Amended and Restated Gas Gathering and Processing Agreement between Gasco Production Company and Monarch Natural Gas, dated August 29, 2014 | | | |
| 11 | Amendment No. 1 to Agreement for Disposal of Salt Water between Gasco Production Company and Monarch Natural Gas, dated August 29, 2014 | | | |
| 12 | Halliburton Operating Agreement dated September 30, 2003 | | | |
| 13 | Gas Purchase Agreement between XTO Energy Inc. and Gasco Production Company, LLC, dated May 1, 2014 | | | |
| 14 | Consent Decree filed in Case No. 12-cv-01658 in the U.S. District Court for the District of Colorado | | | |
| 15 | Unit Agreement for the Development and Operation of the Gate Canyon Unit Area, No. UTU80986X, dated November 26, 2003 | | | |
| 16 | Unit Agreement for the Development and Operation of the Wilkin Ridge (Deep) Unit Area, No. UTU81153X, dated February 6, ,2004 | | | |
| 17 | Unit Agreement for the Development and Operation of the Deseret Unit Area, No. UTU89823X, dated February 26, 2014 | | | |
| 18 | Unit Agreement and Plan of Unitization for the Development and Operation of the Gate Canyon II Unit, dated December 10, 2014 | | | |
| 19 | Email exchange dated October 18, 2017, between Karl Fingerhood and Theodore Hartl regarding EPA issues | | | |

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Disposition |
|---|---|---|---|---|
| 20 | Certificate of Formation of Wapiti Newco, LLC, dated May 4, 2017 | | | |
| 21 | Limited Liability Company Agreement of Wapiti Newco, L.L.C., dated May 4, 2017 | | | |
| 22 | Certificate of Amendment for name change to Wapiti Utah, L.L.C., dated October 17, 2017 | | | |
| 23 | State of Utah Foreign Registration Statement of Wapiti Utah, L.L.C., filed October 18, 2017 | | | |
| 24 | State of Texas Registration of Foreign Limited Liability Company, filed October 18, 2017 | | | |
| 25 | Delaware Certificate of Good Standing for Wapiti Utah, L.L.C., dated October 20, 2017 | | | |
| 26 | Excerpt from List of Active Oil & Gas Operators from Utah Department of Natural Resources | | | |
| 27 | Summary of Bonds | | | |
| 28 | BLM Bond No. UTB000582 - $25,000 | | | |
| 29 | State of Utah Surety Bond No. B010407 - $120,000 | | | |

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Disposition |
|---|---|---|---|---|
| 30 | Notice of Motion for Entry of an Order (a) Approving the Purchase and Sale Agreement Between Badlands Production Company and the Successful Auction Bidder, (b) Authorizing the Sale of Substantially all of its Property Pursuant Thereto, Free and Clear of Liens, Claims, Encumbrances, and Interests, (c) Authorizing the Assumption and Assignment of Contract, and (d) Granting Related Relief [Dkt 19] | | | |
| 31 | Notice of Proposed Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Dkt 167] | | | |
| 32 | Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (Previously Omitted Contracts) [Dkt 204] | | | |