Monarch Midstream, LLC

5613 DTC Parkway, Suite 310

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2017 | 742 |

**Bill To**

Badlands Energy, Inc.
7979 E Tufts Avenue
Suite 1150
Denver, CO 80237

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 537,528 | October 2017 Riverbend Gas Gathering Fees | 0.602 | 323,591.58 |
| 1,085,117.38 | October 2017 Chipeta Residue 5% POP | 0.05 | 54,255.87 |
| 112 | October 2017 Riverbend Meter Fees | 256.69116 | 28,749.41 |

**Total** $406,596.86

October 2017

## Questar Measurement Calculation
### Per Exihibit A,5(f) of Amended GGA

|  | MCF | MMBTU |
|---|---:|---:|
| 349 - Gate Canyon | 16,264 | 16,926 |
| 359 - Green River M&R #2 | 453,890 | 501,458 |
| Metered volumes used off-lease | 0 | 0 |
| 3rd Party Upstream Sales | 3,029 | 3,407 |
| Compressor & Plant Fuel Gas | 19,301 | 21,242 |
| Condensate Shrink | 0 | 0 |
| Riverbend NGL Shrink | 0 | 0 |
|  | 492,484 | 543,033 |
| Third Party 359 Volume | (4,295) | (5,294) |
| Third Party Compressor Fuel | (171) | (211) |
| Third Party Condensate Shrink | 0 | 0 |
| Volume for Badlands Invoice | 488,018 | 537,528 |

244548

# Invoice

Monarch Midstream LLC
5613 DTC Parkway, Suite 310
Greenwood Village, CO 80111

| Date | Invoice # |
|---|---|
| 10/31/2017 | 741 |

**Bill To**

Badlands Energy, Inc.
7979 E Tufts Avenue
Suite 1150
Denver, CO 80237

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on 25th |  |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| 49,730 | October 2017 Riverbend SWD Fee | 2.70201 | 134,371.07 |
| 12,249 | October 2017 Gasco Discount | -1.62114 | -19,857.35 |
| 20,195 | October 2017 Wapiti Discount | -1.62113 | -32,738.80 |
| 9,372 | October 2017 Wapiti II Discount | -2.16144 | -20,257.01 |

**Total** $61,517.91

**Monarch Natural Gas, LLC**
SWD Invoice - Badlands Energy, Inc.

| | Wells | BBls | BBls RW Pipeline | Wapiti Utah WI | | Wapiti I WI | | Wapiti II WI | | Total $ | Wapiti Utah | WOG II discount | Wapiti II Discount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fed 23-31-9-19 | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | Fed 24-07 #1 | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| 4360220049 | Fed 24-20-9-19 | 290 | | 0.1289450 | 37.39 | 0.1289450 | 37.39 | | - | 783.58 | 60.62 | 60.62 | - | 662.34 |
| 4360220050 | Fed 24-31-9-19 | 300 | | 0.1500000 | 45.00 | 0.1500000 | 45.00 | | - | 810.60 | 72.95 | 72.95 | - | 664.70 |
| 4360220051 | Fed 31-21-9-19 | 162 | | 0.1500000 | 24.30 | 0.1500000 | 24.30 | | - | 437.73 | 39.40 | 39.40 | - | 358.94 |
| | Fed 31-29 #1 | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| 4360220117 | Fed 32-19X-9-19 | 1,230 | | 0.3333000 | 409.96 | | 0.00 | 0.6667000 | 820.04 | 3,323.48 | 664.63 | - | 1,772.61 | 886.24 |
| 4360220118 | Fed 32-20-9-19 | 715 | | 0.3333000 | 238.31 | | 0.00 | 0.6667000 | 476.69 | 1,931.94 | 386.35 | - | 1,030.42 | 515.17 |
| 4360220119 | Fed 32-30-9-19 | 622 | | 0.3333000 | 207.31 | | 0.00 | 0.6667000 | 414.69 | 1,680.65 | 336.10 | - | 896.39 | 448.16 |
| 4360220053 | Fed 32-31-9-19 | 80 | | 0.1719300 | 13.75 | 0.1719300 | 13.75 | | - | 216.16 | 22.30 | 22.30 | - | 171.56 |
| 4360220120 | Fed 34-18-9-19 | 458 | | 0.3333000 | 152.65 | | 0.00 | 0.6667000 | 305.35 | 1,237.52 | 247.48 | - | 660.04 | 330.00 |
| 4360220121 | Fed 34-19-9-19 | 911 | | 0.3333000 | 303.64 | | 0.00 | 0.6667000 | 607.36 | 2,461.53 | 492.26 | - | 1,312.88 | 656.39 |
| 4360220104 | Fed 34-19G-9-19 | 55 | | 0.5000000 | 27.50 | 0.5000000 | 27.50 | | - | 148.61 | 44.58 | 44.58 | - | 59.44 |
| | Fed 34-29 #1 | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| 4360220122 | Fed 34-30-9-19 | 801 | | 0.3333000 | 266.97 | | 0.00 | 0.6667000 | 534.03 | 2,164.31 | 432.82 | - | 1,154.36 | 577.14 |
| 4360220123 | Fed 41-19-9-19 | 457 | | 0.3333000 | 152.32 | | 0.00 | 0.6667000 | 304.68 | 1,234.82 | 246.94 | - | 658.60 | 329.28 |
| 4360220055 | Fed 41-30-9-19 | 292 | | 0.1500000 | 43.80 | 0.1500000 | 43.80 | | - | 788.99 | 71.01 | 71.01 | - | 646.97 |
| 4360220056 | Fed 41-31-9-19 | 153 | | 0.1500000 | 22.95 | 0.1500000 | 22.95 | | - | 413.41 | 37.21 | 37.21 | - | 338.99 |
| 4360220057 | Fed 42-21-9-19 | 606 | | 0.1500000 | 90.90 | 0.1500000 | 90.90 | | - | 1,637.42 | 147.37 | 147.37 | - | 1,342.68 |
| 4360220058 | Fed 42-29-9-19 | 152 | | 0.1500000 | 22.80 | 0.1500000 | 22.80 | | - | 410.71 | 36.96 | 36.96 | - | 336.78 |
| | Fed 43-19-9-19 | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | Fed 43-24-3 #1 | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| 4360220061 | Fed 43-30-9-19 | 263 | 0 | 0.1719300 | 45.22 | 0.1719300 | 45.22 | | - | 710.63 | 73.31 | 73.31 | - | 564.02 |
| | Fed 44-20-9-19 | - | | 0.2539450 | - | 0.2539450 | 0.00 | | - | - | - | - | - | - |
| | Fed 7-25A | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | GCF 41-19-11-16 | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | GCS 23-16-11-15 | - | | 0.1250000 | - | 0.1250000 | 0.00 | | - | - | - | - | - | - |
| | GCS 23-16-11-16 | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | GCS 31-21-11-15 | - | | 0.1719300 | - | 0.1719300 | 0.00 | | - | - | - | - | - | - |
| | GCS 41-20-11-15 | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | LT 11-23-9-19 | - | | 0.3333000 | - | | 0.00 | 0.6667000 | - | - | - | - | - | - |
| | LT 12-23-9-19 | - | | 0.3750000 | - | | 0.00 | 0.6250000 | - | - | - | - | - | - |
| 4360220063 | LT 14-14-9-19 | 1,063 | | 0.5000000 | 531.50 | 0.5000000 | 531.50 | | - | 2,872.24 | 861.67 | 861.67 | - | 1,148.90 |
| 4360220064 | LT 24-14-9-19 | 315 | | 0.1500000 | 47.25 | 0.1500000 | 47.25 | | - | 851.13 | 76.60 | 76.60 | - | 697.93 |
| 4360220065 | LT 24-22-9-19 | 160 | | 0.1500000 | 24.00 | 0.1500000 | 24.00 | | - | 432.32 | 38.91 | 38.91 | - | 354.50 |
| 4360220066 | LT 34-22-9-19 | 458 | | 0.1718750 | 78.72 | 0.1718750 | 78.72 | | - | 1,237.52 | 127.62 | 127.62 | - | 982.28 |
| 4360220067 | LT 34-22A-9-19 | 523 | | 0.1500000 | 78.45 | 0.1500000 | 78.45 | | - | 1,413.15 | 127.18 | 127.18 | - | 1,158.78 |
| | LF 22-22-9-19 | - | | 0.1719300 | - | 0.1719300 | 0.00 | | - | - | - | - | - | - |
| | NGC 33-18J | - | | 0.4375000 | - | 0.4375000 | 0.00 | | - | - | - | - | - | - |
| | RBU 01-10D | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | RBU 02-10D | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | RBU 02-11D | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | RBU 03-12D | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | RBU 03-15D | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |

**Monarch Natural Gas, LLC**
SWD Invoice - Badlands Energy, Inc.

| | Wells | BBls | BBls RW Pipeline | Wapiti Utah WI | | Wapiti I WI | | Wapiti II WI | | Total $ | Wapiti Utah | WOG II discount | Wapiti II Discount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4360220105 | DSF 21-1-10-18 | 152 | | 0.2395600 | 36.41 | | 0.00 | 0.4791900 | 72.84 | 410.71 | 59.03 | - | 157.44 | 194.23 |
| 4360220106 | DSF 41-1-10-18 | 600 | | 0.3333000 | 199.98 | | 0.00 | 0.4167000 | 250.02 | 1,621.21 | 324.21 | - | 540.45 | 756.55 |
| 4360220021 | DSS 12-36-9-18 | 251 | | 0.5000000 | 125.50 | 0.5000000 | 125.50 | | - | 678.21 | 203.46 | 203.46 | - | 271.28 |
| 4360220022 | DSS 21-36-9-18 | 353 | | 0.5000000 | 176.50 | 0.5000000 | 176.50 | | - | 953.81 | 286.14 | 286.14 | - | 381.52 |
| | DSS 23-36-9-18 | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| 4360220024 | DSS 33-36-9-18 | 152 | | 0.1500000 | 22.80 | 0.1500000 | 22.80 | | - | 410.71 | 36.96 | 36.96 | - | 336.78 |
| 4360220025 | DSS 34-36-9-18 | 280 | | 0.1500000 | 42.00 | 0.1500000 | 42.00 | | - | 756.56 | 68.09 | 68.09 | - | 620.38 |
| 4360220026 | DSS 41-36-9-18 | 278 | | 0.5000000 | 139.00 | 0.5000000 | 139.00 | | - | 751.16 | 225.35 | 225.35 | - | 300.46 |
| 4360220027 | DSS 43-36-9-18 | 457 | | 0.5000000 | 228.50 | 0.5000000 | 228.50 | | - | 1,234.82 | 370.45 | 370.45 | - | 493.93 |
| 4360220185 | DSS 133-36-9-18 | 1,084 | 0 | 0.1000000 | 108.40 | 0.9000000 | 975.60 | | - | 2,928.98 | 175.74 | 1,581.65 | - | 1,171.59 |
| 4360220186 | DSS 142-36-9-18 | 1,577 | 0 | 0.1000000 | 157.70 | 0.9000000 | 1,419.30 | | - | 4,261.07 | 255.66 | 2,300.98 | - | 1,704.43 |
| 4360220188 | DSS 412-36-9-18 | 753 | 0 | 0.1000000 | 75.30 | 0.9000000 | 677.70 | | - | 2,034.62 | 122.08 | 1,098.69 | - | 813.85 |
| 4360220222 | DSS 422-36-9-18 | 2,059 | 0 | 0.1000000 | 205.90 | 0.9000000 | 1,853.10 | | - | 5,563.44 | 333.81 | 3,004.26 | - | 2,225.38 |
| 4360220189 | DSS 424-36-9-18 | 1,689 | | 0.1000000 | 168.90 | 0.9000000 | 1,520.10 | | - | 4,563.70 | 273.82 | 2,464.40 | - | 1,825.48 |
| 4360220107 | Fed 11-19-9-19 | 916 | | 0.3333000 | 305.30 | | 0.00 | 0.4167000 | 381.70 | 2,475.04 | 494.96 | - | 825.08 | 1,155.00 |
| 4360220028 | Fed 11-21-9-19 | 150 | | 0.1914450 | 28.72 | 0.1914450 | 28.72 | | - | 405.30 | 46.56 | 46.56 | - | 312.19 |
| 4360220029 | Fed 11-22-10-18 | 152 | | 0.5000000 | 76.00 | 0.5000000 | 76.00 | | - | 410.71 | 123.21 | 123.21 | - | 164.28 |
| | Fed 11-22-9-19 | - | | 0.1719500 | - | 0.1719500 | 0.00 | | - | - | - | - | - | - |
| | Fed 12-1-10-18 | - | | 0.3333000 | - | | 0.00 | 0.6666000 | - | - | - | - | - | - |
| 4360220109 | Fed 12-19-9-19 | 1,389 | | 0.3333000 | 462.95 | | 0.00 | 0.6667000 | 926.05 | 3,753.09 | 750.54 | - | 2,001.75 | 1,000.80 |
| 4360220031 | Fed 12-20-9-19 | 302 | | 0.1389750 | 41.97 | 0.1389750 | 41.97 | | - | 816.01 | 68.04 | 68.04 | - | 679.92 |
| 4360220032 | Fed 12-29-9-19 | 741 | | 0.1500000 | 111.15 | 0.1500000 | 111.15 | | - | 2,002.19 | 180.20 | 180.20 | - | 1,641.80 |
| 4360220110 | Fed 12-30-9-19 | 295 | | 0.3333000 | 98.32 | | 0.00 | 0.6667000 | 196.68 | 797.09 | 159.40 | - | 425.14 | 212.55 |
| 4360220033 | Fed 12-31-9-19 | 303 | | 0.5000000 | 151.50 | 0.5000000 | 151.50 | | - | 818.71 | 245.61 | 245.61 | - | 327.48 |
| | Fed 13-18-9-19 | - | | 0.3333000 | - | | 0.00 | 0.4167000 | - | - | - | - | - | - |
| | Fed 13-30B | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| 4360220112 | Fed 14-17-9-19 | 418 | | 0.3333000 | 139.32 | | 0.00 | 0.6667000 | 278.68 | 1,129.44 | 225.87 | - | 602.40 | 301.18 |
| 4360220035 | Fed 14-18-2 #1 | 60 | | 0.2500000 | 15.00 | 0.2500000 | 15.00 | | - | 162.12 | 24.32 | 24.32 | - | 113.48 |
| 4360220113 | Fed 14-18-9-19 | 552 | | 0.3333000 | 183.98 | | 0.00 | 0.6667000 | 368.02 | 1,491.51 | 298.27 | - | 795.51 | 397.73 |
| 4360220114 | Fed 14-19-9-19 | 1,243 | | 0.3333000 | 414.29 | | 0.00 | 0.6667000 | 828.71 | 3,358.60 | 671.65 | - | 1,791.34 | 895.60 |
| 4360220036 | Fed 14-31-9-19 | 450 | | 0.5000000 | 225.00 | 0.5000000 | 225.00 | | - | 1,215.91 | 364.77 | 364.77 | - | 486.36 |
| 4360220037 | Fed 16-26A | 153 | | 0.5000000 | 76.50 | 0.5000000 | 76.50 | | - | 413.41 | 124.02 | 124.02 | - | 165.36 |
| 4360220038 | Fed 21-6-10-19 | 458 | | 0.1719300 | 78.74 | 0.1719300 | 78.74 | | - | 1,237.52 | 127.66 | 127.66 | - | 982.20 |
| 4360220115 | Fed 21-19-9-19 | 931 | | 0.3333000 | 310.30 | | 0.00 | 0.6667000 | 620.70 | 2,515.57 | 503.06 | - | 1,341.71 | 670.80 |
| 4360220039 | Fed 21-30-9-19 | 152 | | 0.5000000 | 76.00 | 0.5000000 | 76.00 | | - | 410.71 | 123.21 | 123.21 | - | 164.28 |
| 4360220040 | Fed 21-31-9-19 | 391 | | 0.1500000 | 58.65 | 0.1500000 | 58.65 | | - | 1,056.49 | 95.08 | 95.08 | - | 866.32 |
| 4360220041 | Fed 22-30-10-18 | 118 | | 0.1719300 | 20.29 | 0.1719300 | 20.29 | | - | 318.84 | 32.89 | 32.89 | - | 253.06 |
| | Fed 23-12 #1 | - | | 0.3000000 | - | 0.3000000 | 0.00 | | - | - | - | - | - | - |
| 4360220116 | Fed 23-18-9-19 | 647 | | 0.3333000 | 215.65 | | 0.00 | 0.6667000 | 431.35 | 1,748.20 | 349.61 | - | 932.42 | 466.18 |
| 4360220043 | Fed 23-19-9-19 | 633 | | 0.1500000 | 94.95 | 0.1500000 | 94.95 | | - | 1,710.37 | 153.93 | 153.93 | - | 1,402.51 |
| 4360220044 | Fed 23-21-9-19 | 164 | | 0.1500000 | 24.60 | 0.1500000 | 24.60 | | - | 443.13 | 39.88 | 39.88 | - | 363.37 |
| 4360220045 | Fed 23-29 #1 | 160 | | 0.1250000 | 20.00 | 0.1250000 | 20.00 | | - | 432.32 | 32.42 | 32.42 | - | 367.47 |
| 4360220046 | Fed 23-30-9-19 | 696 | | 0.5000000 | 348.00 | 0.5000000 | 348.00 | | - | 1,880.60 | 564.18 | 564.18 | - | 752.24 |
| | Fed 23-30G-9-19 | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |

**Monarch Natural Gas, LLC**
SWD Invoice - Badlands Energy, Inc.

| | Wells | BBls | BBls RW Pipeline | Wapiti Utah WI | | Wapiti I WI | | Wapiti II WI | | Total $ | Wapiti Utah | WOG II discount | Wapiti II Discount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4360220010 | WRF 23-29-10-17 | 150 | | 0.5000000 | 75.00 | 0.5000000 | 75.00 | | - | 405.30 | 121.59 | 121.59 | - | 162.12 |
| 4360220011 | WRF 24-20-10-17 | 150 | | 0.1394532 | 20.92 | 0.1394532 | 20.92 | | - | 405.30 | 33.91 | 33.91 | - | 337.48 |
| 4360220012 | WRF 31-29-10-17 | 1,072 | | 0.4966163 | 532.37 | 0.4966163 | 532.37 | | - | 2,896.56 | 863.09 | 863.09 | - | 1,170.38 |
| 4360220013 | WRF 32-20-10-17 | 260 | | 0.4648438 | 120.86 | 0.4648438 | 120.86 | | - | 702.52 | 195.94 | 195.94 | - | 310.65 |
| 4360220014 | WRF 34-17-10-17 | 190 | | 0.5000000 | 95.00 | 0.5000000 | 95.00 | | - | 513.38 | 154.01 | 154.01 | - | 205.35 |
| 4360220015 | WRS 12-32-10-17 | 380 | | 0.1719300 | 65.33 | 0.1719300 | 65.33 | | - | 1,026.76 | 105.92 | 105.92 | - | 814.93 |
| 4360220016 | WRS 24-32-10-17 | 523 | | 0.4648438 | 243.11 | 0.4648438 | 243.11 | | - | 1,413.15 | 394.14 | 394.14 | - | 624.88 |
| | WRS 31-32-10-17 | - | | 0.4648438 | - | 0.4648438 | 0.00 | | - | - | - | - | - | - |
| 4360220018 | WRS 34-16-10-17 | 150 | | 0.1371428 | 20.57 | 0.1371428 | 20.57 | | - | 405.30 | 33.35 | 33.35 | - | 338.60 |
| 4360220019 | WRS 44-32-10-17 | 90 | | 0.4648438 | 41.84 | 0.4648438 | 41.84 | | - | 243.18 | 67.82 | 67.82 | - | 107.53 |
| 4360220020 | WR 32-08-11-17 | 402 | | 0.5000000 | 201.00 | 0.5000000 | 201.00 | | - | 1,086.21 | 325.86 | 325.86 | - | 434.48 |
| 4360220160 | Fed 442-30-9-19 | 3,409 | | 0.1000000 | 340.90 | 0.9000000 | 3,068.10 | | - | 9,211.16 | 552.67 | 4,974.03 | - | 3,684.46 |
| 4360220240 | Fed 423-30-9-19 | 2,188 | | 0.1000000 | 218.80 | 0.9000000 | 1,969.20 | | - | 5,912.00 | 354.72 | 3,192.48 | - | 2,364.80 |
| 4360220239 | Fed 332-30-9-19 | 478 | | 0.1000000 | 47.80 | 0.9000000 | 430.20 | | - | 1,291.56 | 77.49 | 697.44 | - | 516.62 |
| 4360220159 | Fed 333-30-9-19 | 2,788 | | 0.1000000 | 278.80 | 0.9000000 | 2,509.20 | | - | 7,533.21 | 451.99 | 4,067.93 | - | 3,013.28 |
| | | 49,730.00 | - | | 12,248.49 | | 20,194.09 | | 9,371.26 | 134,371.07 | 19,857.35 | 32,738.80 | 20,257.01 | 61,517.91 |

**Monarch Natural Gas, LLC**
SWD Invoice - Badlands Energy, Inc.

| | Wells | BBls | BBls RW Pipeline | Wapiti Utah WI | | Wapiti I WI | | Wapiti II WI | | Total $ | Wapiti Utah | WOG II discount | Wapiti II Discount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RBU 04-11D | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| 4360220076 | RBU 05-11D | 150 | | 0.5000000 | 75.00 | 0.5000000 | 75.00 | | | 405.30 | 121.59 | 121.59 | - | 162.12 |
| | RBU 06-11D | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | RBU 06-2D | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | RBU 08-10D | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | RBU 10-11D | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | RBU 12-12D | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| 4360220082 | RBU 13-2D | 5 | | 0.5000000 | 2.50 | 0.5000000 | 2.50 | | - | 13.51 | 4.05 | 4.05 | - | 5.40 |
| 4360220083 | RBU 15-3D | 237 | | 0.5000000 | 118.50 | 0.5000000 | 118.50 | | - | 640.38 | 192.11 | 192.11 | - | 256.15 |
| 4360220084 | RBU 16-3D | 20 | | 0.5000000 | 10.00 | 0.5000000 | 10.00 | | - | 54.04 | 16.21 | 16.21 | - | 21.62 |
| | RPF 22-21 | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | RPF 24-21 | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | SWF 11-25-9-18 | - | | 0.2103745 | - | 0.2103745 | 0.00 | | - | - | - | - | - | - |
| 4360220126 | SWF 12-25-9-18 | 689 | | 0.1402360 | 96.62 | | 0.00 | 0.2805130 | 193.27 | 1,861.69 | 156.65 | - | 417.78 | 1,287.26 |
| 4360220127 | SWF 14-25-9-18 | 301 | | 0.1402490 | 42.21 | | 0.00 | 0.2805000 | 84.43 | 813.31 | 68.44 | - | 182.51 | 562.36 |
| | SWF 21-25-9-18 | - | | 0.2525252 | - | 0.2525252 | 0.00 | | - | - | - | - | - | - |
| 4360220087 | SWF 23-25-9-18 | 300 | | 0.3453745 | 103.61 | 0.3453745 | 103.61 | | - | 810.60 | 167.98 | 167.98 | - | 474.65 |
| 4360220128 | SWF 23-26-9-18 | 463 | | 0.3333000 | 154.32 | | 0.00 | 0.6667000 | 308.68 | 1,251.03 | 250.18 | - | 667.25 | 333.60 |
| 4360220088 | SWF 31-25-9-18 | 151 | | 0.2103745 | 31.77 | 0.2103745 | 31.77 | | - | 408.00 | 51.50 | 51.50 | - | 305.00 |
| 4360220133 | SWF 32-25-9-18 | 737 | | 0.1402360 | 103.35 | | 0.00 | 0.2805130 | 206.74 | 1,991.38 | 167.56 | - | 446.89 | 1,376.94 |
| 4360220134 | SWF 34-25-9-18 | 539 | | 0.1402360 | 75.59 | | 0.00 | 0.2805130 | 151.20 | 1,456.38 | 122.54 | - | 326.83 | 1,007.01 |
| | SWF 34-26-9-18 | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| 4360220090 | SWF 41-25-9-18 | 300 | | 0.3453745 | 103.61 | 0.3453745 | 103.61 | | - | 810.60 | 167.98 | 167.98 | - | 474.65 |
| | SWF 41-26-9-18 | - | | 0.3333000 | - | | 0.00 | 0.4167000 | - | - | - | - | - | - |
| | SWF 43-25-9-18 | - | | 0.3530000 | - | 0.3530000 | 0.00 | | - | - | - | - | - | - |
| 4360220092 | Squaw Crossing U5 | 200 | | 0.5000000 | 100.00 | 0.5000000 | 100.00 | | - | 540.40 | 162.12 | 162.12 | - | 216.16 |
| | St 02-32B | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| 4360220094 | St 04-32B | 183 | | 0.5000000 | 91.50 | 0.5000000 | 91.50 | | - | 494.47 | 148.34 | 148.34 | - | 197.79 |
| 4360220095 | St 07-36A | 130 | | 0.1914450 | 24.89 | 0.1914450 | 24.89 | | - | 351.26 | 40.35 | 40.35 | - | 270.56 |
| | St 09-36A | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| | St 12-32-9-19 | - | | 0.1500000 | - | 0.1500000 | 0.00 | | - | - | - | - | - | - |
| | St 13-36A | - | | 0.5000000 | - | 0.5000000 | 0.00 | | - | - | - | - | - | - |
| 4360220135 | St 21-32A-9-19 | 538 | | 0.3333000 | 179.32 | | 0.00 | 0.6667000 | 358.68 | 1,453.68 | 290.71 | - | 775.34 | 387.64 |
| | St 21-32B-9-19 | - | | 0.3333000 | - | | 0.00 | 0.6667000 | - | - | - | - | - | - |
| 4360220137 | St 22-32A-9-19 | 62 | | 0.3333000 | 20.66 | | 0.00 | 0.6667000 | 41.34 | 167.52 | 33.50 | - | 89.35 | 44.67 |
| 4360220099 | St 24-16-9-19 | 130 | | 0.1500000 | 19.50 | 0.1500000 | 19.50 | | - | 351.26 | 31.61 | 31.61 | - | 288.03 |
| | Ute 42-11-10-18 | - | | 0.3333000 | - | | 0.00 | 0.6667000 | - | - | - | - | - | - |
| 4360220130 | Ute 12-2-10-18 | 129 | | 0.3333000 | 43.00 | | 0.00 | 0.6667000 | 86.00 | 348.56 | 69.70 | - | 185.91 | 92.95 |
| 4360220131 | Ute 21-2-10-18 | 185 | | 0.3333000 | 61.66 | | 0.00 | 0.6667000 | 123.34 | 499.87 | 99.96 | - | 266.61 | 133.30 |
| | Ute 34-2-10-18 | - | | 0.3333000 | - | | 0.00 | 0.6667000 | - | - | - | - | - | - |
| 4360220100 | Ute 41-2-10-18 | 152 | | 0.1500000 | 22.80 | 0.1500000 | 22.80 | | - | 410.71 | 36.96 | 36.96 | - | 336.78 |
| 4360220101 | Ute 43-2-10-18 | 150 | | 0.5000000 | 75.00 | 0.5000000 | 75.00 | | - | 405.30 | 121.59 | 121.59 | - | 162.12 |
| 4360220008 | WRF 12-4-11-17 | 274 | | 0.5000000 | 137.00 | 0.5000000 | 137.00 | | - | 740.35 | 222.11 | 222.11 | - | 296.14 |
| 4360220009 | WRF 14-4-11-17 | 250 | | 0.5000000 | 125.00 | 0.5000000 | 125.00 | | - | 675.50 | 202.65 | 202.65 | - | 270.20 |