# Revenue Summary Statement

From: BADLANDS PRODUCTION COMPANY
7979 E TUFTS AVE
SUITE 1150
DENVER CO 80237

To: WAPITI OIL & GAS II LLC
800 GESSNER SUITE 700
HOUSTON TX 77024

Revenue from Prior Statements

| P C | Prod Mo | Unit Price | Decimal Interest | Well Volume | Well Value | Deductions | Well Deds | Well Net | BTU | Owner Volume | Owner Value | Owner Deds | Owner Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Well: UT1001 FED 23-29 #1, UINTAH UT** | | | | | | | | | | | | | |
| NGL | 6/17 | 0.44 | 0.0065121800 OI | 2,144.34 | 938.60 | SEV CONS | 37.54 1.88 | -163.75 | 0.00 | 13.96 | 6.11 | 0.24 0.01 | -1.44 |
| NGL | 6/17 | 0.44 | 0.0987500000 WI | 2,144.34 | 938.60 | SEV CONS | 37.54 1.88 | -163.75 | 0.00 | 211.75 | 92.69 | 3.71 0.19 | -21.76 |
| NGL | 7/17 | 0.49 | 0.0065121800 OI | 2,115.94 | 1,028.46 | SEV CONS | 41.14 2.06 | -49.41 | 0.00 | 13.78 | 6.70 | 0.27 0.01 | -0.60 |
| NGL | 7/17 | 0.49 | 0.0987500000 WI | 2,115.94 | 1,028.46 | SEV CONS | 41.14 2.06 | -49.41 | 0.00 | 208.95 | 101.56 | 4.06 0.20 | -9.17 |
| **UT1001 FED 23-29 #1, UINTAH UT Totals:** | | | | 8,520.56 | 3,934.12 | | 4,360.44 | -426.32 | 0.00 | 448.44 | 207.06 | 240.03 | -32.97 |
| **Well: UT1004 FED 34-29 #1, UINTAH UT** | | | | | | | | | | | | | |
| NGL | 6/17 | 0.45 | 0.0011341300 OI | 2,678.49 | 1,198.07 | SEV CONS | 47.92 2.40 | -83.74 | 0.00 | 3.04 | 1.36 | 0.05 0.00 | -0.15 |
| NGL | 6/17 | 0.45 | 0.4012500000 WI | 2,678.49 | 1,198.07 | SEV CONS | 47.92 2.40 | -83.74 | 0.00 | 1,074.74 | 480.73 | 19.23 0.96 | -55.43 |
| **UT1004 FED 34-29 #1, UINTAH UT Totals:** | | | | 5,356.98 | 2,396.14 | | 2,563.62 | -167.48 | 0.00 | 1,077.78 | 482.09 | 537.67 | -55.58 |
| **Well: UT1005 FED 42-29-9-19, UINTAH UT** | | | | | | | | | | | | | |
| NGL | 6/17 | 0.45 | 0.0065121800 OI | 4,325.40 | 1,948.98 | SEV CONS | 77.96 3.90 | 42.09 | 0.00 | 28.17 | 12.69 | 0.51 0.03 | -0.14 |
| NGL | 6/17 | 0.45 | 0.1185000000 WI | 4,325.40 | 1,948.98 | SEV CONS STWH PROCESSING Fed/St Deduc | 77.96 3.90 97.45 1,566.79 160.79 | 42.09 | 0.00 | 512.56 | 230.95 | 9.24 0.46 11.55 212.19 0.00 | -2.49 |
| **UT1005 FED 42-29-9-19, UINTAH UT Totals:** | | | | 8,650.80 | 3,897.96 | | 3,813.78 | 84.18 | 0.00 | 540.73 | 243.64 | 246.27 | -2.63 |
| **Well: UT1008 FED 23-12 #1, UINTAH UT** | | | | | | | | | | | | | |
| GAS | 6/17 | 3.01 | 0.2430000000 WI | 13.28 | 40.03 | CONS STWH | 0.08 2.00 | -256.31 | 0.00 | 3.23 | 9.73 | 0.02 0.49 | -78.57 |

# Statement 4459

| Partner | Operator | Invoice | |
|---|---|---|---|
| 2670<br>WAPITI OIL & GAS II LLC<br>800 GESSNER SUITE 700<br>HOUSTON, TX 77024 | GA0002<br>BADLANDS PRODUCTION COMPANY<br>7979 E TUFTS AVE<br>SUITE 1150<br>DENVER, CO 80237<br>817-877-5611 TIN: 84-1461816 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 2670081700<br>August 2017<br>493.89<br><br>493.89 |

| Partner | Operator | | |
|---|---|---|---|
| AFE | | | |
| Cost Center 4360220058 | UT1005 | FED 42-29-9-19, SE NE 29-9-19 | |

| PRT Account | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|---|
| **Expense** | | | | | | | | |
| **LOE- LEASE OPERATIING EXP** | | | | | | | | |
| 950.905 | 5880.10 | LOE-ELECTRICITY / POWER | 15.00000000 | Aug 17 | 3.40 | 0.51 | | 0.51 |
| LOE-ELECTRICITY / POWER | | | | | | | | |
| 950.909 | 5880.11 | LOE-EQUIPMENT RENTAL | 15.00000000 | Aug 17 | 1.47 | 0.22 | | 0.22 |
| LOE-EQUIPMENT RENTAL | | | | | | | | |
| 950.948 | 5880.19 | LOE-DISTRICT EXPENSE | 15.00000000 | Aug 17 | 143.52 | 21.53 | | 21.53 |
| LOE-DISTRICT EXPENSE | | | | | | | | |
| 950.922 | 5880.21 | LOE-INTERMITTERS PLUNGER LIFTS | 15.00000000 | Aug 17 | 451.66 | 67.75 | | 67.75 |
| LOE-INTERMITTERS PLUNGER LIFTS | | | | | | | | |
| 950.947 | 5880.3 | LOE-SUPERVISION | 15.00000000 | Aug 17 | 84.71 | 12.71 | | 12.71 |
| LOE-SUPERVISION | | | | | | | | |
| 950.921 | 5880.31 | LOE-R&M WELLHEAD | 15.00000000 | Aug 17 | 17.77 | 2.67 | | 2.67 |
| LOE-R&M WELLHEAD | | | | | | | | |
| 950.930 | 5880.33 | LOE-OVERHEAD | 15.00000000 | Aug 17 | 964.79 | 144.72 | | 144.72 |
| PRODUCING OVERHEAD | | | | | | | | |
| 950.918 | 5880.34 | LOE-WATER DISPOSAL, HAULING | 15.00000000 | Aug 17 | 222.25 | 33.34 | | 33.34 |
| LOE-WATER DISPOSAL, HAULING | | | | | | | | |
| 950.918 | 5880.34 | LOE-WATER DISPOSAL, HAULING | 15.00000000 | Aug 17 | 56.18 | 8.43 | | 8.43 |
| LOE-WATER DISPOSAL, HAULING | | | | | | | | |
| 950.918 | 5880.34 | LOE-WATER DISPOSAL, HAULING | 15.00000000 | Aug 17 | 472.85 | 70.93 | | 70.93 |
| SWD - MONARCH | | | | | | | | |
| 950.918 | 5880.34 | LOE-WATER DISPOSAL, HAULING | 15.00000000 | Aug 17 | (283.73) | (42.56) | | (42.56) |
| SWD - MONARCH | | | | | | | | |
| 950.911 | 5880.36 | LOE-MISC SERVICES & SUPPLIES | 15.00000000 | Aug 17 | 303.81 | 45.57 | | 45.57 |
| LOE-MISC SERVICES & SUPPLIES | | | | | | | | |
| 950.911 | 5880.36 | LOE-MISC SERVICES & SUPPLIES | 15.00000000 | Aug 17 | 9.40 | 1.41 | | 1.41 |