# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § | |
| **Badlands Energy, Inc.,** | § | **Case No. 17-17465 KHT** |
| | § | **(Chapter 11)** |
| Debtor. | § | |
| | § | |
| In re: | § | |
| **Badlands Production Company,** | § | **Case No. 17-17467 KHT** |
| | § | **(Chapter 11)** |
| Debtor. | § | |
| | § | |
| In re: | § | |
| **Badlands Energy-Utah, LLC,** | § | **Case No. 17-17469 KHT** |
| | § | **(Chapter 11)** |
| Debtor. | § | |
| | § | |
| In re: | § | |
| **Myton Oilfield Rentals, LLC,** | § | **Case No. 17-17471 KHT** |
| | § | **(Chapter 11)** |
| Debtor. | § | |
| | § | **Jointly Administered Under** |
| | § | **Case No. 17-17465 KHT** |

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002 AND ALL PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

**PLEASE TAKE NOTICE** that Kasowitz Benson Torres LLP ("Kasowitz"), counsel for Wapiti Utah, L.L.C. f/k/a Wapiti Newco, L.L.C. ("Utah"), files this Notice of Appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and hereby requests that Utah and Kasowitz receive copies of all pleadings filed or noticed by any party pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and (b) and 3017(a).

NOTICE OF APPEARANCE

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Notice of Appearance, copies should be sent as follows:

> Kyung S. Lee
> klee@kasowitz.com
> R.J. Shannon
> rshannon@kasowitz.com
> Kasowitz Benson Torres LLP
> 1415 Louisiana, Suite 2100
> Houston, Texas 77002
> Tel:   713-220-8800
> Fax:   713-222-0843

**PLEASE TAKE FURTHER NOTICE**  that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, email or otherwise, which affect or seek to affect the captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that Utah does not intend that this Notice of Appearance, or any later appearance or pleading, be deemed or construed to be a waiver of its right: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, setoffs or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Utah expressly reserves.

Dated: October 9, 2018         Respectfully submitted,

KASOWITZ BENSON TORRES LLP

*/s/ Kyung S. Lee*
Kyung S. Lee
TBA No. 12128400
klee@kasowitz.com
Robert J. Shannon
Texas Bar No. 24108062
rshannon@kasowitz.com
1415 Louisiana, Suite 2100
Houston, TX 77002
Tel: (713) 220-8851
Fax: (713) 583-8765

*Attorneys for Wapiti Utah, L.L.C.*

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served electronically by the Court's ECF System on all parties registered to receive service on 9th day October 2018.

                                                */s/ Kyung S. Lee*
                                                Kyung S. Lee