# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>BADLANDS ENERGY, INC.,<br>    Debtor. | Bankruptcy Case No. 17-17465 KHT<br>Chapter 11 |
| In re:<br><br>BADLANDS PRODUCTION COMPANY,<br>    Debtor. | Bankruptcy Case No. 17-17467 KHT<br>Chapter 11 |
| In re:<br><br>BADLANDS ENERGY-UTAH, LLC,<br>    Debtor. | Bankruptcy Case No. 17-17469 KHT<br>Chapter 11 |
| In re:<br><br>MYTON OILFIED RENTALS, LLC,<br>    Debtor. | Bankruptcy Case No. 17-17471 KHT<br>Chapter 11 |
| | **Jointly Administered Under<br>Case No. 17-17465 KHT<br>Chapter 11** |

## JUDGMENT

Pursuant to and in accordance with the Findings of Fact and Conclusions of Law entered by the Honorable Kimberley H. Tyson, United States Bankruptcy Judge, on September 17, 2019,

IT IS ORDERED, ADJUDGED AND DECREED the Motion to Enforce Order or in the Alternative to Request an Administrative Expense Claim filed by Monarch Midstream, LLC (at docket #479) is GRANTED IN PART and DENIED IN PART.  To the extent Monarch seeks to enforce the terms of this Court's Sale Order (at Docket #223) approving the Purchase and Sale Agreement between Badlands Production Company and Wapiti Utah, L.L.C., the Motion is

GRANTED. To the extent Monarch seeks an administrative claim against Badlands' estate(s), that request is DENIED.

IT IS FURTHER ORDERED Wapiti Utah, L.L.C. shall be responsible to pay the October 2017 POP fees to Monarch Midstream, L.L.C. in the amount of $54,255.87, plus accrued late fees.

Dated: September 17, 2019.

APPROVED AS TO FORM:

_____
Kimberley H. Tyson, Judge

FOR THE COURT:
KENNETH S. GARDNER, CLERK

_____
Deputy Clerk

2